2

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MYERS, LANE J.

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

## DEFENDANTS
SMITH, NICHOLAS    SERGEANT
WREN, CHRISTOPHER   FRERIKS

County of Residence of First Listed Defendant: NEWAYGO
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
MICHAEL HOMIER
1700 EAST BELTLINE STE. 200
GRAND RAPIDS, MI 49525

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
Civil Rights: [X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 14th Amend.; 1st Amend.; 4th Amend.; 5th Amend.

Brief description of cause: DENIAL OF DUE PROCESS; FIRST AMEND. VIOLATION; PRIVACY VIOLATION

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes