UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

       Plaintiff,                      Case No. 1:22–cv–748

v.                                 Hon. Paul L. Maloney

CHRISTOPHER WREN, et al.,

       Defendants.
_____/

### NOTICE OF RECEIPT OF CASE

      NOTICE is hereby given that this case has been received, and filed in this court on August 16, 2022.  It has been assigned the case number and judge set forth above.

                                                  CLERK OF COURT

Dated:  August 17, 2022         By:   /s/ M. Carlson_____
                                                   Deputy Clerk