UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LANE MYERS,

       Plaintiff,                          Case No. 1:22–cv–748

    v.

CHRISTOPHER WREN, et al.,

       Defendants.
_____/


**<u>CLERK'S NOTICE</u>**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Leslie A. Dickinson

RE:  Answer to Complaint (ECF No. 8)

REASON FOR NOTICE:   The signature represented on the document does not match the login name under which it was electronically filed.

RECOMMENDED ACTION:   None.

INFORMATION FOR FUTURE REFERENCE:   <u>Local Civil Rule 5.7(e)</u> requires the identity of the registered attorney submitting the electronically filed document be reflected at the end of the document by means of an "s/[attorney's name]" block showing the attorney's name, followed by the attorney's business address, telephone number, and e–mail address.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.


                              CLERK OF COURT

Dated:  September 12, 2022       By:   /s/ M. Carlson_____
                                       Deputy Clerk