# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

### SOUTHERN DIVISION

LANE MYERS,

       Plaintiff,

v.

       Case No. 1:22-cv-00748

CHRISTOPHER WREN, NICHOLAS SMITH
and UNKNOWN FRERIKS.

       HON. Paul L. Maloney

       Defendants.

---

| | |
|---|---|
| Lane Myers<br>Pro Se<br>1583 Grange Road<br>Trenton, MI 48183<br>(313) 587-1880 | Michael D. Homier (P60318)<br>Leslie A. Dickinson (P78850)<br>FOSTER, SWIFT, COLLINS & SMITH, PC<br>Attorneys for Defendants<br>1700 E. Beltline Avenue NE, Suite 200<br>Grand Rapids, MI 49525<br>(616) 726-2200 |

---

## PROOF OF SERVICE

On this 12th day of September, 2022, I served a copy of the Answer and Affirmative Defenses, along with a copy of this Proof of Service, upon the parties of record at their last known address, by first class U.S. mail, postage prepaid.

I declare that the statements above are true to the best of my information, knowledge and belief.

Date: September 12, 2022

                                   Amanda J. Zint

83934:00016:6645419-1