**U.S. Department of Justice**
United States Marshals Service

FILED - GR
September 13, 2022 3:00 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB / 9-13

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Lane Myers | **COURT CASE NUMBER** 1:22-cv-748 |
| **DEFENDANT** Christopher Wren | **TYPE OF PROCESS** Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Christopher Wren, Newaygo County Administrator
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
P.O. Box 885, 1087 Newell St., White Cloud, MI 49349

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lane Myers
1583 Grange Rd
Trenton, MI 48183

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 040
District to Serve No. 040
Signature of Authorized USMS Deputy or Clerk: *(signed)* Slime Smith
Date: 8/30/2022

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 9/8/2022  Time: 2:07  ☒ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: *(signed)* Slime Smith

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
Certified mail.

Form USM-285
Rev. 01/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christopher Wren.
Newaygo County Administrator
P.O. Box 885
1087 Newell St.
White Cloud, MI 49349

9590 9402 7025 1225 8398 46

2. Article Number (Transfer from service label)

7020 1290 0000 7952 2275

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Christopher Wren
C. Date of Delivery: 9/6/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

USM-WMI 22SEP 8PM 2:07

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

1:22-cv-748-1

Domestic Return Receipt