## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MICHIGAN

## SOUTHERN DIVISION

LANE MYERS,

      Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS.

      Defendants.

Case No. 1:22-cv-00748

HON. PAUL L. MALONEY

| Lane Myers<br>Pro Se<br>1583 Grange Road<br>Trenton, MI 48183<br>(313) 587-1880 | Michael D. Homier (P60318)<br>Leslie A. Dickinson (P78850)<br>Foster, Swift, Collins & Smith, PC<br>Attorneys for Defendants<br>1700 E. Beltline Avenue NE, Suite 200<br>Grand Rapids, MI 49525<br>(616) 726-2200 |
|---|---|

## **PROOF OF SERVICE**

On this 26th day of September, 2022, I served a copy of the Defendants' Status Report, along with a copy of this Proof of Service, upon the parties of record at their last known address, by first class U.S. mail, postage prepaid.

I declare that the statements above are true to the best of my information, knowledge and belief.

                                                                      /s/ Amanda J. Zint

Date:  September 26, 2022                                      Amanda J. Zint

83934:00016:6677365-1