**FILED - GR**
September 29, 2022 2:50 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB / 9-29

Request for Pro Se Electronic Filing        8-18-2022
case number 1:22-cv-748

Judge Maloney,

Your Honor I am requesting to be granted permission for Pro Se Electronic Filing in my case. I live 1 hour away from the courthouse and this would remove a tremendous burden from me when I just simply need to file documents related to my case. This is not an indication that I am unable to proceed without E filing, however I am requesting it. I agree to all the listed conditions on the application, as well as agree to not abuse the privilege if granted to me. I look forward to being allowed to present my case. Thank you Judge Maloney for your time in this matter.

Lane Myers
Pro Se litigant
Case number 1:22-cv-748

*[signature]* 9-28-22