UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

      Plaintiff,                           Case No. 1:22–cv–748

v.                                 Hon. Paul L. Maloney

CHRISTOPHER WREN, et al.,

      Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Scheduling Conference |
| Date/Time: | October 14, 2022   10:30 AM *(previously set for October 4, 2022)* |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 499 Federal Building, Grand Rapids, MI |

                                             PHILLIP J. GREEN
                                             U.S. Magistrate Judge

Dated:  October 3, 2022       By:  /s/ Jessica K. Wright
                                                 Judicial Assistant