UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LANE MYERS,

    Plaintiff,

v.                                        Hon. Paul L. Maloney

CHRISTOPHER WREN, et al.,         Case No. 1:22-cv-00748-PLM-PJG

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION AND APPLICATION
FOR LEAVE TO FILE & RECEIVE SERVICE ELECTRONICALLY**

    Pro se Plaintiff, Lane Myers, has filed a Motion for Leave to File and Receive Service Electronically, pursuant to W.D.Mich. LCivR 5.7 and Administrative Order 17-RL-135 (ECF No. 15).  Plaintiff Myers has also completed and filed a Pro Se Application for Electronic Filing and Service (ECF No. 3) on the form specified by the Clerk of this Court.

    Plaintiff Lane Myers meets all of the technical requirements necessary to successfully e-file, and the Court concludes that granting Plaintiff's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Accordingly, Plaintiff's Motion for Leave to File and Receive Service Electronically (ECF No. 15) is **GRANTED**.

Date: October 3, 2022                              /s/ Phillip J. Green
                                                   PHILLIP J. GREEN
                                                   United States Magistrate Judge