UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

        Plaintiff,                                Case No. 1:22–cv–748

v.                                          Hon. Paul L. Maloney

CHRISTOPHER WREN, et al.,

        Defendants.
_____/

## ORDER RESCHEDULING RULE 16 CONFERENCE

       The Rule 16 Conference set in this matter for October 14, 2022 is rescheduled to October 17, 2022 at 01:00 PM with Magistrate Judge Phillip J. Green, 499 Federal Building, Grand Rapids, MI.  The joint status report will be due no later than .  In all other respects, the original Order Setting Scheduling Conference remains in effect.

       IT IS SO ORDERED.

Dated:  October 11, 2022                            /s/ Phillip J. Green_____
                                                                 PHILLIP J. GREEN
                                                                  U.S. Magistrate Judge