# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| LANE MYERS | Case No: 1:22-cv00748- |
|---|---|
| Plaintiff, | Hon. Paul L. Maloney |

v.

CHRISTOPHER WREN, NICHOLAS

SMITH and UNKNOWN FRERIKS,

Defendants.

| | |
|---|---|
| Lane Myers | Michael D. Homier (P60318) |
| Pro Se | Leslie A. Dickinson (P78850) |
| 1583 Grange | FOSTER, SWIFT, COLLINS & |
| Trenton, MI 48183 | SMITH, P.C. |
| (313)587-1880 | Attorneys for Defendants |
| | 1700 E. Beltline Ave NE, Suite 200 |
| | Grand Rapids, MI 49525 |
| | (616) 726-2200 |

## AFFIDAVIT OF LANE MYERS

Lane Myers, first being sworn, deposes states:

1.     I make this affidavit on personal knowledge.

2.     On August 5, 2022, I was riding my mountain bike on the Dragon Trail

(Michigan's Dragon at Hardy Dam) on County Park property.

3.     I had a collision with Ethan Wright, who was riding an electric bike, in clear

violation of posted rules.

4.     I informed Mr. Wright he was in clear violation of posted rules and he was going

to cause an accident and hurt someone. Mr. Wright engaged in a discussion of the merits of the rule against electronic bicycles.

5.  At the end of the discussion the Entitled Ebiker rode away towards Sandy Beach park, I rode down the trail to continue my ride for the day.

6.  At no point did I attempt to chase, chase, threaten to chase, imply I was chasing, speak to, berate, engage, acknowledge, visually identify, verbally identify the name image or likeness of the Entitled Ebiker. I made no implications real or perceived of any actions towards the Entitled Ebiker.

7.  I continued my ride towards the beginning of the trail and encountered several other trail users, stopped and had conversations with them, and took a refreshment break.

8.  21 minutes later I arrived at the Sandy Beach County Park office, where I encountered the Entitled Ebiker yelling at me that I better not leave or "the cops will be chasing after me," while trying to block my path to continue down the trail towards my start point.

9.  At this point Sgt Freriks arrived and spoke to me and told me I was free to leave without identifying myself or providing any personal information.

10.  20 minutes later I received a phone call on my personal cell phone from Nick Smith Park Director telling me I was banned from using any parks or trails in Newaygo County based on his conversations with Newaygo County Sheriff deputies.

11.  My actions since then have been an attempt to uphold my rights and seek a resolution to them being violated by Newaygo County officials acting under the color of state.

I have read this affidavit, know the contents contained therein, and believe the same to be

true of my own knowledge, information and belief, and am competent to testify thereto if

called upon to do so.

FURTHER, AFFIANT SAYS NOT.

_October 11th 2022_

Date

_Lane Myers_

STATE OF MICHIGAN      )
                                              )ss
COUNTY OF     Kent       )

On the 11th day of  Oct  Lane Myers, who is either personally known to me
or who has provided me with sufficient proof of his identification, appeared before me and after
being first duly sworn, executed the foregoing Affidavit and acknowledged the same as true and
accurate.

Notary Public

Kent  County, State of Michigan

Acting

in  Kent County

My
commission expires:  01 / 17 /2029

Eumanel Bessman    10/11/2022