# EXHIBIT D

d) Form an obstruction to traffic upon any roadway or in a parking area.
e) The provisions of this Section shall not apply to law enforcement, emergency, or rescue vehicles used in the performance of official duties.

## SECTION 10: MOTORCYCLES, SNOWMOBILES AND OFF-ROAD VEHICLES

a) No Person shall operate a non-licensed motor-driven vehicle, snowmobile, or ORV, on any Commission property, unless it is posted open for such use.
b) Any non-road licensed motor-driven vehicle, snowmobile, or ORV that is admitted for entry to Commission property, may only travel on designated roadways and parking areas.
c) Vehicles with loud exhaust as defined by Federal, State, and local laws, may not be driven within Commission campgrounds during quiet hours from 11 PM and 7 AM.
d) Operators shall comply with all other rules and regulations governing these vehicles by Federal, State, and local laws, including, but not limited to, the Michigan Motor Vehicle Code.
e) The provisions of this Section shall not apply to law enforcement, emergency, or rescue vehicles used in the performance of official duties.

## SECTION 11: PARKING IN PROHIBITED AREAS

No Person shall:
a) Stop, stand or park a motor-driven vehicle or any part thereof, or any trailer, boat, or other towed vehicle of any kind in any place marked as a passenger or loading zone, other than for quick loading or unloading, delivery, or pick up and packing of materials.
b) Stop, stand or park a motor-driven vehicle or any part thereof, or any trailer, boat, or other towed vehicle of any kind, upon any roadway or in any parking area in such manner as to form an obstruction to traffic.
c) Stop, stand, or park a motor-driven vehicle or any part thereof, or any trailer, boat, or other towed vehicle of any kind in any area not designated for such purpose.
d) Stop, stand, park, moor, or anchor watercraft in any area not designated for such purpose.
e) Fail to move a motor-driven vehicle or any part thereof, or any trailer, boat, or other towed vehicle of any kind when directed to do so by Commission Staff.
f) The provisions of this Section shall not apply to law enforcement, emergency, or rescue vehicles used in the performance of official duties.

## SECTION 12: OPERATION OF BICYCLES

a) Bicycles shall operate as close to the right-hand side of the path, trail or roadway as conditions permit and ride single file.
b) It shall be unlawful for any person to ride a bicycle in areas closed to bicycle use.
c) No Person shall operate a bicycle in a manner that endangers pedestrians, oneself, and other bicyclists.
d) Bicyclists must yield to slower-moving trail traffic, such as equestrians and pedestrians. Bicyclists must also verbally announce their presence, with a statement such as, "passing on the left!" before passing other trail users.
e) All Persons using bicycles in accordance with this ordinance shall also abide by Michigan statutes as they pertain to bicycle operation, equipment, and safety.

## SECTION 13: WATERCRAFT

a) No Person shall bring into, launch, moor, use, anchor or navigate any boat, canoe, raft, or other watercraft upon any body of water, watercourse, lagoon, lake, pond or slough located within or upon Commission property, except at such time or place as may be provided or designated for such purpose. All such