# EXHIBIT E



# RULES

This non-motorized multi-use trail is jointly managed by the Newaygo County Parks and Recreation Commission and the Mecosta County Park Commission in partnership with Consumers Energy.

Please stay on the trail and respect the landscape.

Trail sections may be strenuous and inherently dangerous requiring a technical skill level.

The trail is bi-directional, please use caution.

Use trail sections within your ability level and at your own risk.

## Groomed Trail Etiquette

Michigan's Dragon at Hardy Dam is groomed for winter use by volunteers from the West Michigan Mountain Biking Alliance. To help keep the groomed trail in the best shape possible, here are ways trail users can help:

**Bikers:** Please only ride groomed trails with tires that are a minimum of 3.8" wide. This will help avoid creating ruts in the groomed trail.

**Hikers:** Whenever possible, please wear snowshoes on the groomed trail. This helps keep the groom smooth. If you don't have snowshoes, please hike on the groomed trail's sides to help preserve the groom in the middle for other trail users.

**Skiers:** Enjoy the groomed trail, and feel free to go off-trail and explore at Sandy Beach County Park or Big Bend Park when you get there.

Thank you all for sharing the trail and being respectful of all trail users!

Enjoy the Trail!




# TRAIL ETIQUETTE

Update: Jan. 2022 | ©Newaygo County Gov., All Rights Reserved








## General Trail Etiquette

Share the trail — Yield to non-bike trail users and descending riders yield to climbing riders. Always let other trail users know you're coming and provide a friendly greeting. Make every pass a safe and courteous one.

Ride in control — If passing, slow down, ring a bell or verbally announce yourself, and wait until the other trail user is out of the path. Know your equipment, your ability and how to properly prepare for the area where you're riding. Stay alert and ride within your limits.

Respect the landscape — Practice leave no trace principles, pack out at least as much as you pack in. Stay on existing trails, do not cut switchbacks. Do not ride muddy trails as it causes rutting, widening and additional maintenance. Ride through standing water, not around it. Ride (or walk) technical features, not around them.

Be self-sufficient — Keep your equipment in good repair and carry supplies for changes in weather and other conditions. Always inspect trails and features before using and assess against your skill level. Know how long your ride or walk will likely be. Riders must wear a helmet and appropriate safety gear.

Do not disturb wildlife — give animals enough room and time to adjust to you.

THANK YOU. BE SAFE AND ENJOY.

## Michigan's Dragon at Hardy Dam Rules and Regulations

APPLICATION OF ORDINANCE



## LIMITED USE AREAS

Limited use areas may have posted Commission rules and regulations specific to the area's use and users' conduct. Areas include, but are not limited to, beaches, boat launches, trails, campgrounds, hunting areas, picnic areas, facilities, and other areas as determined by the Commission. Users in these areas shall follow all posted rules and regulations in addition to those listed in Newaygo County Ordinance #01/2020.

## TRAIL RULES

a) Michigan's Dragon at Hardy Dam is open for use 24 hours a day. Night users shall use a flashlight or similar device for trail safety when using the trail after dark.

b) No Person shall enter Commission property that is closed to the public.

c) Michigan's Dragon at Hardy Dam is closed to all equestrian, pack animal, motorized traffic, ORV traffic, including all variants of electronic bicycles.

d) No Person shall leave a designated trail or blaze new trails on Commission property without written permission of the Commission. This trail is close to private property, and venturing off-trail in areas may be considered trespassing.

e) Trail users shall travel as close to the right-hand side of the path, trail or roadway as conditions permit and bike single file. The trail traffic is bi-directional on Michigan's Dragon at Hardy Dam.

f) Bicyclists must yield to slower-moving trail traffic, such as pedestrians. Bicyclists must also verbally announce their presence, with a statement such as, "passing on the left!" before passing other trail users.

g) All Persons using bicycles on Michigan's Dragon at Hardy Dam shall also abide by all Michigan statutes as they pertain to bicycle operation, equipment, and safety. Helmets are required while biking on the trail.

h) No Person shall camp except in areas permitted, provided and designated for such use.

i) No Person shall build any fire except within receptacles, or open space approved and designated for such purpose, or allow fires to be outside the confines of the designated receptacle or approved open space.

j) No Person shall discard or deposit refuse of any kind or nature except by placing said refuse in containers provided for such purpose.

k) All minor children must always be accompanied by an adult.

l) No Person shall cut, break, deface, engrave or otherwise damage in any manner Commission property, trails, facilities, fixtures, equipment, bridge, drain, gate, fencing, or other structures.

m) No Person shall cut, remove, chip, blaze, box, girdle, trim, pick, gather, uproot, remove, deface or destroy any flower, plant, grass, tree, sapling, brush, or shrub on Commission property, without written permission of the Commission.

n) Pets must be on a leash, secure, and under control at all times. It shall be unlawful for any person to tie, hitch or tether any animal to a tree, shrub, plant, fence, building, equipment, or other structure on Commission property.

o) Owners must clean up after their pets immediately.

p) Any service animal, legal in the State of Michigan, assisting a person or in training, shall be allowed on Commission property.

## VIOLATION OF RULES