UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

    Plaintiff,

v.

CHRISTOPHER WREN, et al.,

    Defendants.
_____/

Case No. 1:22-cv-748

HONORABLE PAUL L. MALONEY

## ORDER REGARDING RESPONSE TO MOTION

On August 16, 2022, Plaintiff filed a motion for preliminary injunction (ECF No. 4).

The deadline for Defendants to file a response to the motion is **November 10, 2022.**


Dated:  October 14, 2022                                         /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge