

Lansing | Southfield | Grand Rapids | Detroit | Holland | St. Joseph

| **Lansing** | | **Southfield** | | **Grand Rapids** | |
|---|---|---|---|---|---|
| 313 S. Washington Square | | 28411 Northwestern Highway – Suite 500 | | 1700 E. Beltline NE – Suite 200 | |
| Lansing MI 48933 | | Southfield MI 48034 | | Grand Rapids MI 49525 | |
| **Detroit** | | **Holland** | | **St. Joseph** | |
| 333 W. Fort Street – Suite 1400 | | 151 Central Avenue – Suite 260 | | 800 Ship Street – Suite 105 | |
| Detroit MI 48226 | | Holland MI 49423 | | St. Joseph MI 49085 | |

| | | | | | |
|---|---|---|---|---|---|
| Walter S. Foster 1878-1961 | Brian G. Goodenough | Benjamin J. Price | Anna K. Gibson | Rachel G. Olney | Amanda J. Dernovshek |
| Richard B. Foster 1908-1996 | Matt G. Hrebec | Michael R. Blum | Nicholas M. Oertel | Tyler J. Olney | Brandon M. H. Schumacher |
| Theodore W. Swift 1928-2000 | Deanna Swisher | Jonathan J. David | Alicia W. Birach | Mark J. DeLuca | Alexander J. Thibodeau |
| John L. Collins 1926-2001 | Thomas R. Meagher | Andrew C. Vredenburg | Adam A. Fadly | Gilbert M. Frimet | Cody A. Mott |
| | Douglas A. Mielock | Julie I. Fershtman | Michael J. Liddane | Stephen W. Smith | Alaina M. Nelson |
| | Scott A. Chernich | Todd W. Hoppe | Ryan E. Lamb | Sarah J. Gabis | Joseph B. Gale |
| | Paul J. Millenbach | Jennifer B. Van Regenmorter | Clifford L. Hammond | Amanda Afton Martin | Sydney T. Steele |
| | Dirk H. Beckwith | Thomas R. TerMaat | Matthew S. Fedor | Steven J. Tjapkes | Kathrine A. Ruttkofsky |
| Webb A. Smith | Brian J. Renaud | Frederick D. Dilley | Andrea Badalucco | Jacquelyn A. Dupler | Anthony M. Dalimonte |
| Scott A. Storey | Lynwood P. VandenBosch | David R. Russell | Stefania Gismondi | Daniel S. Zick | Jim W. Scales |
| Charles A. Janssen | Lawrence Korolewicz | Joel C. Farrar | Leslie A. Abdoo | Scott R. Forbush | Benjamin C. Dilley |
| Charles E. Barbieri | James B. Doezema | Laura J. Genovich | Julie L. Hamlet | Thomas K. Dillon | |
| Scott L. Mandel | Anne M. Seurynck | Karl W. Butterer, Jr. | Michael C. Zahrt | Robert A. Hamor | |
| Michael D. Sanders | Michael D. Homier | Mindi M. Johnson | Mark T. Koerner | Michael A. Cassar | |
| Brent A. Titus | Scott H. Hogan | Ray H. Littleton, II | Warren H. Krueger, III | Hilary J. McDaniel Stafford | |
| | Richard C. Kraus | Jack L. Van Coevering | Taylor A. Gast | Emily R. Wisniewski | |

Writer's Direct Phone: 616.726.2230    Fax: 517.367.7120    Reply To: Grand Rapids    Email: MHomier@fosterswift.com

September 28, 2022

*Via First Class Mail and Email*

Lane Myers
1583 Grange Rd
Trenton, MI 48183
Meyerlansky879@gmail.com

Dear Mr. Myers:

Re:   *Lane Myers v. Christopher Wren et al.*; W.D. Mich. Case No. 1:22-cv-00748 Hon. Paul L. Maloney

Pursuant to Fed. R. Civ. P. 11(c)(2), please find the enclosed copies of the proposed ***Defendants' Motion and Brief in Support of Motion for Sanctions under Fed. R. Civ. P. 11***, with ***Certificate of Service***.  Because there is no legal basis for your claims against Defendants and this lawsuit is clearly intended to harass Newaygo County and its officials and employees, you are requested to immediately dismiss this action.  In the absence of dismissal, Defendants intend to seek recovery of all attorney's fees and costs incurred in responding to your claims, in accordance with Sixth Circuit law and the provisions of Fed. R. Civ. P. 11.

Sincerely,

Foster Swift Collins & Smith PC

Michael D. Homier

Enclosure

83934:00016:6660196-1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

LANE MYERS,

    Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS.

    Defendants.

Case No. 1:22-cv-00748

HON. PAUL L. MALONEY

---

Lane Myers
Pro Se
1583 Grange Road
Trenton, MI 48183
(313) 587-1880

Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
FOSTER, SWIFT, COLLINS & SMITH, PC
Attorneys for Defendants
1700 E. Beltline Avenue NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200

---

## PROOF OF SERVICE

On this 28th day of September, 2022, I served a copy of the proposed Defendants' Motion for Sanctions Under Fed. R. Civ. P. 11, Brief in Support of Motion, along with a copy of this Proof of Service, upon the parties of record at their last known address, by first class U.S. mail, postage prepaid.

I declare that the statements above are true to the best of my information, knowledge and belief.

Date: September 28, 2022

/s/ Amanda J. Zint
_____
Amanda J. Zint

83934:00016:6681937-1