WESTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

LANE MYERS,                                                                          Case No 1:22-cv-00748

Plaintiff, v.

CHRISTOPHER WREN,
NICHOLAS SMITH
and UNKNOWN FRERIKS.
Defendants.

                                                                          HON. PAUL L. MALONEY

Lane Myers Pro Se
1583 Grange Road
Trenton, MI 48183
(313) 587-1880

Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
FOSTER, SWIFT, COLLINS
& SMITH, PC Attorneys for
Defendants 1700 E. Beltline
Avenue NE, Suite 200 Grand
Rapids, MI 49525
(616) 726-2200

## Motion for leave to amend the complaint

The Plaintiff Lane Myers asks the Court to grant this motion for leave to file the Amended Complaint as requested by Judge Maloney in his Order on 10/31/2022. Plaintiff is attaching the amended complaint as Exhibit A as requested by Judge Maloney. Plaintiff wishes to thank the Court for the opportunity to file the amended complaint.

Date October 31st, 2022                                           /s/ Lane Myers
                                                                                    Pro Se
                                                                                    1583 Grange Rd
                                                                                    Trenton Mi 48183
                                                                                    (313)587-1880

1.

# Exhibit A