WESTERN DISTRICT OF
MICHIGAN SOUTHERN DIVISION

LANE MYERS,                          Case No 1:22-cv-00748
                                          HON. PAUL L. MALONEY

Plaintiff, v.

CHRISTOPHER WREN,
NICHOLAS SMITH
and UNKNOWN FRERIKS.
Defendants.

## Motion to Withdraw Document

Lane Myers Pro Se
1583 Grange Road
Trenton, MI 48183
(313) 587-1880

Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
FOSTER, SWIFT, COLLINS & SMITH, PC
Attorneys for Defendants
1700 E. Beltline Avenue NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200

### Plaintiff Motion to Withdraw Document

Plaintiff asks the Court to Withdraw his filing labeled Motion for Leave to File (ECF 35) filed on

November 1st, 2022. It does not meet the civil rules of procedure required of a Motion for Leave

to File Amended Complaint. Plaintiff has done more research and will be filing a proper Motion

for Leave within the seven days granted by the Courts Order (ECF 33). Plaintiff is not attempting

to

delay anything just make sure his filings meet the rules of procedure. Should the Court find the Motion for Leave filed November 1st, 2022 (ECF 35) sufficient to proceed then Plaintiff asks the Court to disregard this Motion and allow the original Motion for Leave to File Amended Complaint (ECF 35) to stand. Plaintiffs only intention in asking to withdraw it is to ensure that his Motion for Leave is granted, and not denied based on technicalities. Plaintiff will immediately refile his Motion for Leave to File Amended Complaint as soon as the Court rules on this Motion. WHEREFORE, Plaintiff prays that the relief requested through this Motion be granted.

Date November 2, 2022                                     /s/ Lane Myers
                                                          Pro Se
                                                          1583 Grange Rd
                                                          Trenton Mi 48183
                                                          (313)587-1880