UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANE MYERS,<br>　　　　　Plaintiff,<br><br>-v-<br><br>CHRISTOPHER WREN, *et al.*<br>　　　　　Defendants. | No. 1:22-cv-748<br><br>Honorable Paul L. Maloney |

### ORDER GRANTING MOTION TO WITHDRAW MOTION

On October 31, 2022, the Court struck Plaintiff's untimely filed amended complaint (ECF No. 33). However, recognizing that he is a *pro se* plaintiff and that he filed the amended complaint within the time provided by the Case Management Order to file motions for leave to file amended pleadings, the Court granted Plaintiff seven days to file a proper motion for leave to file an amended complaint (*Id.*). Plaintiff subsequently filed such a motion on November 1, 2022 (ECF No. 35). The following day, Plaintiff filed a motion to withdraw his motion for leave to file an amended complaint (ECF No. 36), explaining that his motion for leave to file does not comply with the Federal Rules of Civil Procedure. He then noted that he would be filing an amended motion within the seven-day deadline (*Id.*).

Plaintiff has now timely filed his corrected motion for leave to file an amended complaint (ECF No. 37). Because the corrected motion supersedes the original motion, the Court will grant Plaintiff's motion to withdraw his first motion for leave to file an amended complaint. Plaintiff's corrected motion for leave to file an amended complaint remains

2

pending, and Defendants may respond to that motion within the time provided by the court rules. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to withdraw his first motion for leave to file an amended complaint (ECF No. 36) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's first motion for leave to file an amended complaint (ECF No. 35) is **DISMISSED.**

**IT IS SO ORDERED.**

Date: November 7, 2022                                       /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge