UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LANE MYERS

    Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS,

    Defendants.

Case No: 1:22-cv-00748

Hon. Paul L. Maloney

---

Lane Myers
Pro Se
1583 Grange Rd
Trenton, MI 48183
(313) 587-1880

Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendants
1700 E. Beltline Ave NE, Suite 200
Grand Rapids, MI 49525
(616) 726-2200

---

## AFFIDAVIT OF ETHAN WRIGHT

Ethan Wright, first being sworn, deposes states:

1. I make this affidavit on personal knowledge.

2. On August 5, 2022, I was riding my electric mountain bike on the Dragon Trail (Michigan's Dragon at Hardy Dam) on County Park property.

3. I was approached by Lane Myers, also riding a bike, who yelled at me that e-bikes were not allowed on the trail.

4. I was concerned by Mr. Myers' hostility over a relatively minor matter and my safety because we were out in the woods alone.

5. Concerned about my safety, I rode down the trail to get away from Mr. Myers.

1

6. Mr. Myers proceeded to chase me for over 5 miles on the trail while continuing to berate me.

7. I called the police.

8. I arrived at the Sandy Beach County Park office, afraid and in tears.

9. When I got to the Park Office, I told Park Manager Theresa Bailey that I was being chased and that I had called the police.

I have read this affidavit, know the contents contained therein, and believe the same to be true of my own knowledge, information and belief, and am competent to testify thereto if called upon to do so.

FURTHER, AFFIANT SAYS NOT.

9/28/22
_____
Date

_____
Ethan Wright

STATE OF MICHIGAN        )
                         )ss
COUNTY OF Kent           )

On the 28th day of Sept., Ethan Wright, who is either personally known to me or who has provided me with sufficient proof of his identification, appeared before me and after being first duly sworn, executed the foregoing Affidavit and acknowledged the same as true and accurate.

Beverly S. Albright
BEVERLY S. ALBRIGHT, Notary Public
KENT County, State of Michigan
Acting in KENT County
My commission expires: 12/09/25

BEVERLY S. ALBRIGHT
Notary Public-State of Michigan
COUNTY OF KENT
My Commission Expires December 9, 2025