Statement from Park Manager regarding 8.5.22 Lane Myers Incident

Approx..1:50 pm on 8/5/22 I (Theresa Bailey, Park manager) was assisting a customer at office window when a biker informed me a crazy lunatic was chasing him on the Dragon Trail for the last 5 miles because he was on a E-bike told him to call the police stared he already had.

When I finished with the customer. I called Director Smith to inform him of incident, stated he was on his way out to the park.

Then a man (Lane Myers) came to the window yelling at me, that "that fucking idiot on the fucking E bike needs a ticket now". I informed him I can't issue tickets, but I will talk to him.

I went out of the office to talk to the biker with E bike standing in front of self-registration box. Mr. Myers was aggressively calling the man with the E bike a "fucking idiot that he needed to stay the fuck off our trail."

Mr. Myers then rode off and come back recording the events between e biker and himself. I tried to put a stop to the incident but no one was listening to me the Sherriff department arrived .