

# Newaygo County Park & Recreation Commission

4684 Evergreen Dr. (M-37)
Newaygo, MI 49337
231.689.7340

August 5, 2022

Lane Jeffery Myers
3551 S. Sandra
Newaygo, MI 49337

RE: Trespass Warning

Lane Jefery Myers,

I am sending this letter to reiterate what I explained to you over the phone on 8.5.22, you may not enter any property owned or operated by the Newaygo County Park and Recreation Commission. If you enter our property, it will be considered trespassing, law enforcement will be contacted, and you will be prosecuted.

This decision is made due to your actions on 8/5/22 on Michigan's Dragon at Hardy Dam and at Sandy Beach County Park that violated the Newaygo County Parks Ordinance #01/2020 Section 18 b & c:

> SECTION 18: PERSONAL CONDUCT
> No Person Shall:
>
> b) Engage in any violent, abusive, loud, boisterous, vulgar, lewd, wanton, obscene, or otherwise, disorderly conduct tending to create a breach of the peace, or disturb or annoy others, while on any Commission property.
>
> c) Interact in a violent, abusive, loud, boisterous, vulgar, lewd, wanton, obscene, or otherwise disorderly manner towards Commission Staff, park customers, or other members of the public on Commission property.

Any further correspondence should be done in writing via U.S. mail Attn: Human Resources, 1087 Newell St, PO Box 885 White Cloud, MI 49349.

Sincerely,

Nicholas Smith
Parks and Recreation Director

Cc: Newaygo Police Department, Newaygo County Sheriff's Office, Newaygo County Prosecuting Attorney Office, and White Cloud Police Department