# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lane Myers,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER WREN,<br>NICHOLAS SMITH<br>and UNKNOWN FRERIKS<br><br>　　　　Defendants. | No. 1:22-CV-00748<br><br>**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS MOTION IN OPPOSITION** |

COMES NOW Plaintiff and moves the Court pursuant to Local Rule 7.3(c) . for an Order granting leave to file a Reply to Defendants Motion in Opposition of Leave to File Amended Complaint. Plaintiff previously filed a Reply to Defendants Response in Opposition and withdrew a Reply to Defendants Response in Opposition. That Motion was not in compliance with the Local Rules for a Motion for Leave to File a Reply. This is the corrected version.

In support of this Motion, Plaintiff states as follows:

1. Pursuant to Local Rule 7.3(c) Plaintiff is required to seek leave to file a reply in a nondispositive motion.
2. Plaintiff filed a Motion for Leave to File Amended Complaint on November 11th 2022.
3. Defendants replied in opposition to the Motion for Leave to file amended complaint on November 17th, 2022.
4. Plaintiff seeks leave according to Local Rule 7.3(c), in order to Reply to

Defendants Response.

5. In their Response in Opposition to Plaintiffs Motion for Leave to File Amended Complaint, defendants did not provide or cite any evidence that undermines or contradicts Plaintiff's claims stated in his proposed First Amended Complaint.

6. In their Response in Opposition to Plaintiffs Motion for Leave to File Amended Complaint, defendants continued to attempt to manipulate this court with unfounded allegations, as well as continuing to focus on Plaintiffs communications with opposing counsel and not the merits of the proposed First Amended Complaint.

7. Defendants have now filed multiple motions that don't make a single attempt to address the factual basis of Plaintiffs claim or introduce a single piece of contradictory evidence.

8. Defendants allege that Plaintiff is not writing his own pleadings.

9. Plaintiff seeks to Reply to Defendants Response in order to address several of the issues Defendants allege in their Response in Opposition.

10. This request is not made for the purpose of delay and no prejudice will result to the Defendants by granting the relief requested in this Motion.

11. Granting Plaintiff leave to file the Reply to Response is in the interest of justice, as it will facilitate timely resolution of all of Plaintiff's claims against all Defendants.

12. The proposed Reply to Response is attached as Exhibit A to this Motion, as required by Local Rule 7.3(c) .

WHEREFORE, Plaintiff prays that the relief requested through this Motion be granted, specifically that this Court grant Plaintiff leave to file the Reply to Defendants Response in Opposition pursuant to Local Rule .

| | |
|---|---|
| Dated November 28th, 2022. | /s/ Lane Myers |