IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lane Myers, | No. 1:22-CV-00748 |
| Plaintiff, | **MOTION TO WITHDRAW** |
| v. | |
| Wren, et al., | |
| Defendants. | |

    Plaintiff moves the Court to withdraw his Reply to Response filed on November 27th, 2022 (ECF45). Plaintiffs Reply to Defendants Response was not filed according to Local Rule 7.3(C) which requires Leave to file a Reply in a Nondispositive Motion. Plaintiff has now filed a Reply the proper way (ECF 50).

November 28th, 2022                                                          S/ Lane Myers