December 6, 2022                                  case number 1:22-CV-00748

This is to notify the court that the parties have selected Bill Jack for ADR.

S/Lane Myers

Pro se