# EXHIBIT B

**From:** People Skate and Snowboard <ben@peopleskateandsnowboard.com>
**Sent:** Thursday, November 24, 2022 1:17 PM
**To:** Christopher Wren <ChrisW@co.newaygo.mi.us>; ericag@co.newaygo.mi.us
**Subject:** I hope this can be of use... Lane Myers melting down on social media

Hello,
I see that you are named in Lane Myers 205,000,000 lawsuit and I am hoping that some screen shots of Lane melting down can be of use in defending your case.
He does appear to be a threat and threaten implied violence with little provocation. His ban from the park is reasonable. The first amendment does not protect someone using threatening speech.
I would hope this leads to an escalation of charges or a counterclaim.
This thread is from a Facebook group (Michigan Mountain Biking - MMTB-).
Thank you for protecting park users from this dangerous individual.
Please let me know If you need more information or context. The short of it is, he decided to post his lawsuit and brag that he's going to win 205m.
I would also like to express my support for class 1 eBikes on the Dragon trail. For what ever reason, the eBikes debate has emboldened and radicalized people like Lane who wants to play citizen cop and it's dangerous. If they are allowed, this behavior stops.
Please share or forward this to anyone that may benefit from this information.

Sincerely,
Ben Clarke
248 302 2366



44%

👍😂😮 10 ›

👍

All comments ⌄



**Lane Myers**
https://youtu.be/rM7N26SF6Tc



YOUTUBE.COM
Entitled Ebiker leads to ban on #mountainbiking

2h    **Like**    **Reply**                    1 👍



**David Walker**
This sounds like horse💩, buy can you explain the 200 million part?

1h    **Like**    **Reply**                    2 👍



**Scat Silvurz**
David Walker the plaintiff's complaint is asking for monetary damages, if they win in court.   There has been no trial or judgement as of  yet....  check it out here https://unicourt.com/case/pc-db5 -myers-v-wren-et-al-1270061



UNICOURT.COM
Myers v. Wren et al

1h    **Like**    **Reply**



**Lane Myers**
Scat Silvurzwe have trial set already. They are offering me 7 figures to settle asap. Im not settling.

1h    **Like**    **Reply**



**Lane Myers**

Write a comment…

They are offering me 7 figures to settle asap. Im not settling.

1h    Like    Reply



**Lane Myers**
Scat Silvurz im about to be granted a Preliminary Injunction allowing me to use the trails again, which means the ordinance is unconstitutional on its face.

1h    Like    Reply                      2 



**Scat Silvurz**
Lane Myers best of luck for your court case!

1h    Like    Reply                      2 

    Write a reply...



**Lane Myers**
David Walker its actually 205 million.

If they gave Alex Jones victims 965 for having their feelings hurt. I need 205 for suffering irreparable harm having my rights violated.

1h    Like    Reply                      1 

View 5 replies...

**David Walker**
So you're calling yourself the most hated?  And you're gonna donate to equestrians?   I thought the ebiker donated, the way I read it.

Write a comment...





 **10** ›



**Lane Myers**

David Walker its actually 205 million.

If they gave Alex Jones victims 965 for having their feelings hurt. I need 205 for suffering irreparable harm having my rights violated.

1h    Like    Reply                    1 



**Sunny Singh**

Lane Myers you're equating the alex Jones trials to this? Lol wut

1h    Like    Reply



**Kevin Keck**

Lane Myers one thing isn't like the other.

1h    Like    Reply



**Lane Myers**

Sunny Singh no, mine is wayyyyyyyyyyyyyyyyy worse.

The constitution doesn't protect emotional safety. Its protects physical safety.

Nobody in the Alex Jones case had their rights violated. They did not file a lawsuit under US 42 Sec 1983. They filed a lawsuit for emotionally damaging statements. … See more

1h    Like    Reply                    1 



**Sunny Singh**

Write a comment…



**Sunny Singh**
Lane Myers okie dokie

1h   Like   Reply



**Lane Myers**
Kevin Keck absolutely true. Mine is wayyy worse and instead of 965 million those people should have got a box of kleenex.

I would have settled for an apology and being allowed to use the trails again.

I gave them 65 days to do the right thing. Now they can pay me 7 8 figures to settle or lose at trial.

1h   Like   Reply   1 

Write a reply…



**David Walker**
So you're calling yourself the most hated?  And you're gonna donate to equestrians?   I thought the ebiker donated, the way I read it.

57m   Like   Reply   1 



**Lane Myers**
David Walker i am the most hated, and I am donating all the money to equestrians to have mtb trails closed. And then im going to go buy an ebike and rip the horse trails

Write a comment…

  44%

 **10** ›

**Lane Myers**

David Walker i am the most hated, and I am donating all the money to equestrians to have mtb trails closed. And then im going to go buy an ebike and rip the horse trails since rules don't matter.

As long as nobody else is legally allowed to ride their mountain bike, im fine with that. The community should have supported me instead they tried to justify the actions of the ebiker and the police. Be… See more

50m   **Like**   **Reply**

 Write a reply…

 Write a reply…

 **Scat Silvurz**
Might be an interesting freedom of speech case to follow....Newaygo County's ordinance language is woefully out of date, and blatantly ignores Constitutional protections.   The electric motorcycle rider (plaintiff) was clearly not allowed to ride there, but the County's clumsy attempt at trespass is unconstitutional, as using vulgar and obscene language is protected via the 1A.   Weird how the cou… See more

1h   **Like**   **Reply**                      5 

Write a comment…

 

👍😂😮 10 ›   

 **Lane Myers**
Scat Silvurz you should see what they offered me to settle.

1h   **Like**   **Reply**   1 👍

 **Lane Myers**
Scat Silvurz and thank you for understanding the first amendment. https://drive.google.com/file/d /1lmUl93bb_McYS _U3n29qD17hgbqgD6ul/view?usp= drivesdk



DRIVE.GOOGLE.COM
offcial brief in support.pdf

1h   **Like**   **Reply**

 **Lane Myers**
Scat Silvurz hey bro. Im the plaintiff and I was not on an ebike.

I was banned from the park for telling the ebiker no ebikes.

The ebiker received nothing not even a warning. All the videos are on my YouTube channel. … See more

1h   **Like**   **Reply**   3 👍😮

View 3 replies…

 **Lane Myers**
Scat Silvurz plaintiff is me holding the camera

Write a comment…

 **10** >



**Lane Myers**

Scat Silvurz hey bro. Im the plaintiff and I was not on an ebike.

I was banned from the park for telling the ebiker no ebikes.

The ebiker received nothing not even a warning. All the videos are on my YouTube channel.

I, Lane Myers, the Plaintiff, was not riding an ebike. Ethan Wright was.

Then he called 911 and said I threatened him. Then the park banned me for life without due process.

So just to be clear the plaintiff was on a giant anthem 29, Ethan Wright was on a DaVinci ebike. And the county banned me.

1h   Like   Reply   3 



**Don Go**

Lane Myers maybe you should keep your nose in your own business.

1h   Like   Reply   3 



**Scat Silvurz**

Don Go never be a spectator to unfairness and stupidity....

1h   Like   Reply   1 👍

Write a comment…

Case 1:22-cv-00348-PLM-PJG ECF No. 57-2, PageID.786 Filed 12/07/22 Page 10 of 49

 

 10 >

👍

1h   Like   Reply                              1 👍

 **Lane Myers**
Don Godont run into me while violating the law and we won't have a problem. I pass 5 ebikes every time I ride the dragon. Never said a word.

You should move to north Korea since you don't respect the United States Constitution.

34m   Like   Reply

 Write a reply…

 **Lane Myers**
Scat Silvurzplaintiff is me holding the camera

https://youtu.be/rM7N26SF6Tc

 YOUTUBE.COM
Entitled Ebiker leads to ban on #mountainbiking

1h   Like   Reply

 **Scat Silvurz**
Lane Myers gotcha - got it mixed up

1h   Like   Reply

 **Jordan Howard**
so you guys where mad he was on an e bike ?

Write a comment…



**Lane Myers**
Scat Silvurzthey banned me for "threatening the ebiker". I used protected speech to tell him that ebikes are not allowed.

Because I told the cops to enforce the law, they banned me instead.

Thats my speech I used. Nobody used a single profanity in the entire sequence of events

1h    Like    Reply                    2 👍

**Scat Silvurz**
Lane Myers that's even more bullshiet a reason for the trespass. I hope you win.  The cops basically didn't like you telling them they actually had to work and do their job.....While I support all things e-mtb (the guy in the video was on a regular Class-1 e-mtb, not an electric motorcycle btw), the access is not there yet.   In the future, I predict e-mtbs will be allowed on the Dragon....but no… See more



PUBLIC GROUP · 66 MEMBE…
**Michigan Ebike Trail**              JOINED

Write a comment…

👍😂😮 **10** ›                                    👍



**Lane Myers**
Scat Silvurzi just call it a motorcycle to make it clear to the court. Because technically its a motorized vehicle under Public Act 261 of 1965, subsection 4.

1h    Like    Reply



**Lane Myers**
Scat Silvurzthe DNR is actually offering a statement on my behalf supporting me. I was not breaking any laws, the other person was.

1h    Like    Reply                      1 



**Jordan Howard**
Lane Myers you sound like a Karen lol

58m    Like    Reply                    4 



**Jordan Howard**
Kirk Karem look at this clown yelling at some guy on an e bike just trying to have fun. Wish we ran into people like this

57m    Like    Reply                    1 



**Lane Myers**
Jordan Howardwhat would you do if you ran into me? We can meet at any local trail and let this hypothetical fantasy play out in your mind. I hope you consult with an attorney first. So your family knows th            ur own

**1 New Comment**

Write a comment…

  10 › 

**Lane Myers**
Jordan Howard what would you do if you ran into me? We can meet at any local trail and let this hypothetical fantasy play out in your mind. I hope you consult with an attorney first. So your family knows they can't sue for your own stupidity.

36m    Like    Reply          2 😆

 **Kirk Karem**
Jordan Howard I bet he's really fun to be around

34m    Like    Reply          2 

 **Jon Ravioli**
Kirk Karem there's not enough fist fights in the mtb world. This sport should be like hockey. All 3 of you should just fight it out for a few minutes.

29m    Like    Reply          1 😆

 **Jordan Howard**
Lane Myers I'm sure you feel real tough videoing your self yelling at what looks to be a teenager

23m    Like    Reply          1 

 **Lane Myers**
Jordan Howard hes 26 and I live across the street from the Dragon a few ~~months of the~~ year, and in A~~~

**1 New Comment**

Write a comment…

Case 1:22-cv-00248-PLM-PJG  ECF No. 57-C, PageID.768  Filed 12/07/22  Page 14 of 48

👍😆😮 10 ›



**Lane Myers**
Jordan Howard hes 26 and I live across the street from the Dragon a few months of the year, and in Arizona the rest.

I would be careful what you type. Not because I care, but facebook will ban you for threatening or bullying.

20m  **Like  Reply**



**Lane Myers**
Jon Ravioli I will sign a waiver of liability and fight anyone who wants to. Set it up for charity. Asshole cyclist vs ebiker. In fact I will let there be 5 ebikers. Vs 1 of me. They won't last 30 seconds before they need electric assist.

19m  **Like  Reply**



**Josh Marshall**
Jon Ravioli Hellllll yeah!

18m  **Like  Reply**



 Write a reply…

**Jordan Howard**
What trails do you ride so I can bring an e bike there an watch you not do shit

24m

**1 New Comment**

View 10 re...

Write a comment…

 10 >

 **Jordan Howard**
What trails do you ride so I can bring an e bike there an watch you not do shit

24m  **Like**  **Reply**

 **Jon Ravioli**
Jordan Howard you joke but this is how trails get shut down. It only takes one really mad person with a lot of money. And this guy is really mad.

20m  **Like**  **Reply**

 **Lane Myers**
Jon Ravioli im really mad, and my wife is an Attorney for the Federal Government. Lets see how this goes for the ebiker. 🤔

16m  **Like**  **Reply**  1 

 **Angela Serna**
Jordan Howard stop being an asshole

15m  **Like**  **Reply**

 **Jordan Howard**
Jon Ravioli then stop letting people like this clown bully people. Why shouldn't an e bike be allowed

14m  **Like**  **Reply**

 **Jordan Howard**
La_____h my wife is an at...

**1 New Comment**

Write a comment…

😀😂😮 10 >

👍



**Jordan Howard**
Lane Myers ohhhhhh my wife is an attorney 🤣

14m   Like   Reply



**Jordan Howard**
Angela Serna I'm being An asshole because This entitled fuck thinks he should be able to determine what people can ride in the trails 🔲.

13m   Like   Reply



**Angela Serna**
Jordan Howard is the rule says no ebikes then keep your ebike off the trails and go where it's allowed... what he's doing is the same as suing someone who allowed their dog to be off leash where it was required & then said dog bit someone

11m   Like   Reply



**Jordan Howard**
You're not even comparing the same thing stop being so simple minded. You're comparing a dog getting off a leash and biting someone to a kid just out enjoying his day on an E bike that is not harming anyone or anything. Until you can show me any real proof that a pedal assisted Evike harms trails



**1 New Comment**





Capture more

 

👍😆😮 10 ›

👍

7m    Like    Reply

 **Lane Myers**
Jordan Howard hes 26, not a kid, and I can post anything I want that is true. You are actually psychotic and a threat to a civil society.

6m    Like    Reply

 **Jordan Howard**
lol ok Tell me you voted for Biden without telling me voted for Biden

4m    Like    Reply

 Write a reply...

 **Jordan Howard**
If I was that young man I would sue your ass for defamation of character for posting a video of me without permission an trying to publicly humiliate me⟦OBJ⟧⟦OBJ⟧.

10m    Like    Reply

 Write a reply...

 **Christian George**
Need a TLDR.  You suing to get access back?

1h    Like    Reply

 **Lane Myers** Christian Georgeyes

View 5 more replies

**1 New Comment**

**Matt Hoenshell**

Write a comment...

 10 ›

 **Christian George**
Need a TLDR. You suing to get access back?

1h **Like** **Reply**

 **Lane Myers**
Christian George yes

1h **Like** **Reply**

 **Christian George**
Lane Myers okay. I'm not sure you should be commenting on social media with an active court case. I'd probably wait until after it's all over.

1h **Like** **Reply** 2 👍

 **Scat Silvurz**
Christian George won't affect his case, as it's a 1A case basically....

1h **Like** **Reply**

 **Christian George**
Scat Silvurz I don't know. But I was just involved in a lawsuit and my attorney told me to go radio silent on social media until it was over. This was An easy dog attack case. I would ask attorney before posting but that's just me.

1h **Like** **Reply**

 **Scat Silvurz**
Christian George any lawyer will tell you ...s one more thing they have to manage, if it pops

**1 New Comment**

Write a comment…

 10 >

**Lane Myers**
Christian Georgegood thing my wife is an Attorney for the Federal Government and I dont need legal advice from facebook. Or I would be listening to you talking nonsense.

I will be posting EVERY SINGLE DOCUMENT related to this case anywhere I can.

I have nothing to worry about. My rights were violated. I'm not accused of a crime. Even though I have been convicted of one. ... See more

59m    Like    Reply

 Write a reply...

 Write a reply...

 **Matt Hoenshell**
Move out of the dark ages e bikes are the future and they make mountain biking fun again to lots of people.

1h    Like    Reply                              4 

 **Lane Myers**
Matt Hoenshellim definitely going to use the money to buy an Sworks ebike and ride it everywhere they are allowed.

1h    Li                                          1

**1 New Comment**

Write a comment...

 10 ⟩ 👍

 **Jack Donegan**
Dang dude you won 200 million and are still kicking around Michigan!!!

1h · **Like** · **Reply**

 **Lane Myers**
Jack Donegan whats that say about you? I love Michigan. I have 200 years of history in the great outdoors of Michigan. I own 4 properties in the state and my entire family lives there.

Money doesn't define me. Im rich without a dollar.

1h · **Like** · **Reply** · 1 

 **Jack Donegan**
Lane Myers Mine does not and I was not born in Michigan. I love Michigan too as I've grown up here but damn some of the state politics are insane. Kinda like your whole thing above. They obviously violated your rights based on some prior knowledge or history they have on you?

1h · **Like** · **Reply** · 1 👍

 **Jack Donegan**
Lane Myers also why are you the most hated mtber in Michigan??

1h · **Like** · **Reply** · 1 👍

 La...
Jack Donegan they violated my

**1 New Comment**

Write a comment...

 10 >

 **Lane Myers**
Jack Donegan they violated my rights because I told them to do their job. All the body cams are on my channel.

They refer to "dealing with me before". But that was a lie and exactly why they have my foot so far up their ass its sticking out their mouth.

I've never met the cop who says he dealt with me before. That would be like me saying Jack and I are friends and I spent the night at his house… See more

1h    Like    Reply

 **Lane Myers**
Jack Donegan you would have to ask all the people who hate me. I love me some me. It seems others don't appreciate my personality or opinions. Which is fine with me. Im perfectly okay having all my rights, 200 million, and no friends.

1h    Like    Reply

 Write a reply…

 Write a reply…

**1 New Comment**

Lane Myers

Write a comment…

 

 10 >



**Lane Myers**
I was out riding my bike minding my own business. Ethan Wright loaded up his ebike and drove 1 hour to knowingly violate the law.

He caused us to have a collison.

I told him no ebikes. He argued with me. On video. … See more

1h    Like    Reply                    2 

 **Jordan Howard**
Lane Myers if I was that kid I would have told you to get fucked lol.

58m    Like    Reply

 **Lane Myers**
Jordan Howardcool. You have that right. I would have laughed at you. And kept riding. Also hes 26 years old not a kid.

He probably should have just told me to fuck off and kept riding. Because now he is facing a federal charge for lying on his affadvit.

All he had to do was say my bad or fuck off. And keep riding. He chose to call 911 because he was scared he was going to get in trouble for ri…
See more

25

**1 New Comment**



Write a comment…

 10 >



 **Jordan Howard**
Lane Myers I'm being my fucking dirt bike out there what trails. We don't need people like you in the mtb community. Your stupid as fuck if you think that kids pedal asset bike does anything to the trails

24m   Like   Reply

 **Lane Myers**
Jordan Howard its a good thing im not a part of any community. Im part of a free society.

14m   Like   Reply

 Write a reply...

 Write a reply...

 **Dan Nagelkirk**
It's obvious you aren't telling the whole story here. From previous posts it's apparent you are a toxic person regardless of being correct about the rule. Your actions that day must have been worse than that of the e-biker. I hope your ban holds and none of the people of the state of Michigan pay a dime to you.

1h   Like   Reply                    8  

 **Scat Silvurz**
there's a video - see for yourself

1h   L   **1 New Comment**

Write a comment...

 10 >

**Dan Nagelkirk**
Scat Silvurz yeah, a snippet of the interaction.

1h   Like   Reply

**Lane Myers**
Dan Nagelkirkthats the entire unedited video verified by the FBI.

Is the FBI lying to cover up for me?

You should do your research. If there was more to the story, the lawyers would have presented it to the court already so they didn't get sued for 200 million.

Don't confuse my personality with breaking the law.

If you think there is more to the story you should help the Counties lawyers find it cause they are absolutely terrible and are getting destroyed in court by a pro se plaintiff.

34m   Like   Reply

Write a reply…

**Lane Myers**



1 New Comment

Write a comment…

 10 >

**Dan Nagelkirk**its all public record bro. All the evidence is viewable on the US Federal Court website.

If you have any information that contradicts what has been presented to the court you should hurry up and tell someone.

Otherwise I'm going to win millions of dollars.

33m  Like  Reply



**Lane Myers**
**Dan Nagelkirk**my actions were telling cops to do their job. Watch the body cams. The ebiker never accused me of a single thing. So you're saying that the ebiker was also lying? If I did something other than whats in the video, why didn't he tell the cops that?

You should definitely not play armchair attorney.

31m  Like  Reply



**Dan Nagelkirk**
**Lane Myers** I don't care about your case other than the millions that may be wasted on this. I care about the trail remaining open to bikes if minor incidents like this are escalated to this extreme.

17

**1 New Comment**

Write a comment…

 43%

 10 ›

 **Mark McBride**
Oh shit! Look out for the ebike police!!



Tenor

1h    Like    Reply      3 

 **Lane Myers**
Mark McBride you mean the actual police right? 🤣

https://youtu.be/csAxOMk-h94

 YOUTUBE.COM
Entitled Ebiker #bodycam part 2 •••

58m    Like    Reply

 Write a reply…

 **Eli Alexander Clark**
Whats wrong with eBikers donating to equestrian trails? Those are horses. They need food, shelter and the like. Our bikes don't. This is a good thing.

1h    Like    ~~Reply~~

**1 New Comment**

 Don Go

Write a comment…

 ⊖ 🛜 📶 🔋 43%



👍😂😮 10 ›                                    👍

 **Don Go**
Hope you didn't break the speed limit on the way to the trail. 😉

1h   **Like**   **Reply**

 **Lane Myers**
Don Go nah, I rode my bike across the street from my house to the trail. Good thing I'm a strava asshole so I have DATA to prove what happened.

I hope nobody breaking the law runs into you and you break your hip.

1h   **Like**   **Reply**

 **Lane Myers**
Don Gohttps://connect.garmin.com/modern/activity/9344387652?share_unique_id=30

 CONNECT.GARMIN.COM
**Newaygo County Mountain Biking**

1h   **Like**   **Reply**

 Write a reply…

 **Terry Reid**



**1 New Comment**

Write a comment…



👍😆😮 10 ›



Terry Reid



1h    Like    Reply    1 ❤️

 **Lane Myers**
Terry Reid thats what people don't understand about me. Im already a legend. I skied k2 on one ski.

1h    Like    Reply    1 👍

 **Terry Reid**
Lane Myers nice Camaro

1h    Like    Reply

 Write a reply…

 Write a reply…

 **Karen Karbowski**
Thank you for sharing Nathan.

1h    Like    Reply

 **Lane Myers**
https://youtu.be/YgIuknouyRg

**1 New Comment**

YOUTUBE.COM

Write a comment…

 10 >

 **Don Go**
Where's the video of the accident? You're claiming he's at fault so let's see it. Do you think the fact that he was on an ebike makes him faster? I can usually go faster on my regular bike.

1h    Like    Reply    3 

 **Lane Myers**
Don Go you sound like a sad old man.

The ebiker admitted to running into me. Is that enough proof for you? Listen to the 911 call. Then watch the bodycams. Its all public record.

30m    Like    Reply    1 😆

 **Don Go**
Lane Myers nah, I'm pretty happy, mostly because I'm not you.

27m    Like    Reply    3 

 **Lane Myers**
Don Go you can't be me. Nobody can. You would have already killed yourself with drugs or suicide if you had the life I had growing up. Instead I used overconfident narcissistic behavior. Would you rather be alive and hated, or dead and loved?

17m    Like    Reply

 **Do**
La                    hy do you

**1 New Comment**

Write a comment…

 10 >



**Don Go**
Lane Myers Then why do you continue to whine and cry about everything that happens? You're not the only one that endured adversity. You know letting small shit go can lead to less stress, right? If this was really important to you then you would have given your name to the officer. It is part of a complaint and documentation. Why are you scared to identify yourself to law enforcement, especially w... See more

1m    Like    Reply

 Write a reply...

 Write a reply...

 **Joe Diamond**
Aren't you the dude who illegally parked your van in Marquette and then threatened or tried to sue to landowner who told you you cant park there causing a giant mess that NTN had to clean up?

1h    Like    Reply    6 😂👍

**Lane Myers**
Joe Diamonddo you want to be sued for defamation? It was my bus, on a public right of way. The NTN attempted to use me as  You notice they never again right?

**1 New Comment**

 Write a comment...

👍😂😮 10 ›



**Lane Myers**
Joe Diamond do you want to be sued for defamation? It was my bus, on a public right of way. The NTN attempted to use me as a political pawn. You notice they never used my name again right? Because they would be broke right now after paying me.

Get your facts right, or don't comment. Because defamation will get you sued.

51m    Like    Reply



**Lane Myers**
My bus was parked on the side of a county road. Get your facts straight. More importantly learn you rights. Before you talk. Because anything you say can and will be used against you



49m    Like    Reply



**Lane Myers**
Joe Diamond im the land owner. Its public                arch.

1 New Comment

Write a comment…

 10 >

Joe Diamond im the land owner. Its public land. Do you research.

49m   Like   Reply

 **Lane Myers**
Joe Diamond the NTN leases the land the Forestville trails are on. From the PUBLIC. Its CFR land. Its open to recreational use 24/7. Public access is from the nearest public right of way. I was parked to the farthest right possible on a public right of way.

The logging company that is logging PUBLIC LAND, came up and told me i can't park my bus there its private property. I told them fuck off and… See more

47m   Like   Reply

 **Joe Diamond**
Lane Myers you are correct, I wasn't there and can only comment on what i saw from the fecesbook, but your behavior then and now is the same, hence the question. Does explain the self proclaimed most hated mtber, can't figure out quite why though. 🤔 Have a fantastic Thanksgiving, hope your thankful for lawsuits and trying to close access to all because someone did something you don't like.

33m

 **1 New Comment**

 Lane Myers

Write a comment…


33m   **Like**   **Reply**

 **Lane Myers**
Joe Diamond yes I'm suing the cops for violating my rights. I dont like that. And you should not like that either.

The ebiker is somehow the only person who has got away with nothing. How ironic.

22m   **Like**   **Reply**

 **Joe Diamond**
Lane Myers it's how it was handled. You could have went and talked with the park, the people who have control over the land. You could have handled it with a level head and a bit of maturity. From the video you talked over and wouldn't let the other rider get a word in. Sorry, that is threatening behavior to lots of people. One can't help but look at this from an outside perspective of purposely c… See more

11m   **Like**   **Reply**

 **Lane Myers**
Joe Diamond whatttttttttttt are you talking about bro.

Did you even watch the body cams?

I                    parking lot to 2
cons and the ebiker. When do you

**1 New Comment**

Write a comment…

 10 >

 **Lane Myers**
Joe Diamond whatttttttttttt are you talking about bro.

Did you even watch the body cams?

I arrived back at the parking lot to 2 cops and the ebiker. When do you suggest I should have told someone?… See more

6m   Like   Reply

 **Lane Myers**
Joe Diamond lets break it down for you again.

I was out riding my bike.

An out of control ebiker came around the corner and caused a collision with me.

We stood up and walked past each other. I said are you aware no ebikes out here. He started arguing with me why they should be allowed. He could have left at anytime.

He chose to argue with me and then speed off at 23 mph over 5 miles and call 911 on me. Then when the cops got there didn't mention a single word about any of my alleged b[ ] started crying and lying crying and lying

**1 New Comment**

Write a comment…

👍😂😮 10 ›

He chose to argue with me and then speed off at 23 mph over 5 miles and call 911 on me. Then when the cops got there didn't mention a single word about any of my alleged behavior. Instead he started crying and lying. Crying and lying.

Its shocking you have any even attempt at empathy for a 26 year old who drove 1 hour each way to break the law. Knowingly.

Its shocking you think me not listening to the ebiker excuses is threatening. You should be wrapped in pillow and never leave the house.

Have you ever been ran into by someone breaking the law? And if so, how did you handle it?

2m   Like   Reply

 Write a reply…

 Write a reply…

 **Lane Myers**
The cops never asked Ethan Wright a single question about me chasing or threatening him.

https://youtu.be/Z0pAbX_VhyY

 **1 New Comment**

Write a comment…

 👍😆😮 **10** ›                                          👍

 **Bill Johnson**
While Lane Myers appears to be a bit of a pain in the butt, I think his legal grounds are sound. I'd like to know how this turns out.

1h  **Like**  **Reply**                                    2 

 **Lane Myers**
**Bill Johnson**they will ban me before the end of the day so that I am not allowed to show everyone I was right. Tbey would rather pretend I was wrong.

30m  **Like**  **Reply**

 ⬜ Write a reply…

 **Ian Verhey**
How is there a group in this state that Lane can still post in?

1h  **Like**  **Reply**                                    6 

 **Lane Myers**
**Ian Verhey**I'm sure ill be banned before dark.

27m  **Like**  **Reply**

 ⬜ Write a reply…

 **Lane Myers**
I think most of you forget your most basic responsibilities as a public land owner and Citizens of the United States of America.

**1 New Comment**

Write a comment…

Case 1:22-cv-00248-PLM-PJG   ECF No. 57-C, PageID.811   Filed 12/07/22   Page 37 of 49

 42%

 10 ›



**Lane Myers**
I think most of you forget your most basic responsibilities as a public land owner and Citizens of the United States of America.



54m     **Like**     **Reply**



**Mike Romine**
It seems that you were mistreated and I hope you succeed, but I sincerely hope your winnings are nowhere near the absurd numbers you're asking for. That 200M will come from tax dollars, which we are all paying. The insane costs of cases like this hurts us all.

43m     **Like**     **Reply**



**Frank Hicks Healy**



FIND OUT

**1 New Comment**

Write a comment…

Case 1:22-cv-00748-PLM-PJG ECF No. 57-1, PageID.602 Filed 12/07/22 Page 38 of 49

 **10** ›



**Jason Ulrich**
Just watched the video. Lane Myers just shut the hell up and ride your bike. It's not your job to police the trail. The guy on the ebike has waaay more patience then I would have.

42m    Like    Reply                      12 



**Lester Biggs**
Never thought I would say this but after watching all the videos "Lane Myers is 100% correct"

39m    Like    Reply



**Dan Nagelkirk**
These interactions should be between bikers and remain civil. It's obvious that e-bikes will never be able to be policed effectively. Bringing the drama to the authorities is only going to get the trail closed to all bikes.

37m    Like    Reply



**Brian Ruskauff**
Justen Dave grab some popcorn and sit down for this one

28m    Like    Reply



**Dave Robinson**
Hahaha I've been watching this nightmare for an hour now.

27m    Like    Reply



**Brian Ruskauff**
Li      **1 New Comment**    dn't have been
banned, but he's taking this wayyyyy

Write a comment…

 42%

 **10** ›

 Brian Ruskauff
Like the dude shouldn't have been banned, but he's taking this wayyyyy to far

19m    Like    Reply

 Write a reply…

 Write a reply…

 **Scott Bennett**
What a tool

28m    Like    Reply

 **John Hillary**
Just going to start out with I've never met you but your online persona is of a person that is a jerk

With that said I believe you have some merit in your lawsuit if you were not in violation of the ordinance you were trespassed for and if that ordinance is not actually against any rights any of us have

Second, you aren't a trail cop, don't worry about what others are riding. MYOB

Third, what would you have done if it was a KOM pedal monster that you collided with? Would you have laughed it off and went on your way?

I don't rem[...]t type of bike the other ride[...]lass 1 or twist grip

**1 New Comment**

Write a comment…

 10 >

Third, what would you have done if it was a KOM pedal monster that you collided with? Would you have laughed it off and went on your way?

I don't remember seeing what type of bike the other rider was on. Class 1 or twist grip Sur Ron style?

27m    Like    Reply                    2 👍

**Dave Robinson**
Lane is officially the male version of a Karen

26m    Like    Reply                    1 👍

**Dick Imhoff**


My Clown Detector is off the charts!
Tenor

26m    Like    Reply

**Brian Ruskauff**
Lol "motorcycle" is how its referred to 😂

24m    Like    Reply                    1 👍

**Allen Day**
Wait, so hikers put sticks in random places in the MTB trail?

21m    Like    Reply

Write a comment…

| | |
|---|---|
| **From:** | Lane Myers |
| **To:** | Zint, Amanda; Abdoo, Leslie; Homier, Michael |
| **Subject:** | Rule 11 Concurrence |
| **Date:** | Tuesday, November 29, 2022 10:25:20 AM |

This is on final attempt at Concurrence before filing my Rule Motion for Sanctions against you that I notified you I would be filing on September 28th when you presented me with your Rule 11 motion. After reading it, I informed you that if you were to file that improper Rule 11 just to try and delay this case and use Rule 11 as a legal strategy, that I would be filing a Rule 11 in response to your improper Rule 11. Since then you have made several more filings with the Court that also violate Rule 11 for attempting to cause unnecessary delay and prejudice against me. I informed you that based on Khan vs Hemosphere the Supreme Court determined that these emails constitute your the beginning of your Safe Harbor period. Your Safe Harbor period began September 28th, 2022. I informed you again of my intention to seek concurrence on October 31st to which you responded that these emails dont constitute being served. I provided you with all the Case Law and a very detailed description of my Rule 11 claims against you that says otherwise on November 2nd and gave you another 5 days to withdraw your improper Rule 11 motion. I then gave you another 21 days after that. You have still not withdrawn your Rule 11 motion that is a violation of Rule 11. You have since made multiple filings with the Court that also violate Rule 11.

 I am giving you one last chance to withdraw your improper Rule 11, your improper Response to my Motion for Preliminary Injunction, and your improper Response in Opposition. All 3 of those filings are a violation of Rule 11 because they were filed solely with the intent to needlessly delay this Court case and create judicial bias against me. None of your filings even attempt to argue the legal merits of my claims.

You have now had 60 days to withdraw your Rule 11, and instead you commited more Rule 11 violations.

This is my 2nd attempt at Concurrence pursuant to Local Rules while also meeting the standards set by the Supreme Court in Khan Vs Hemosphere which I have provided you with also.

| | |
|---|---|
| **From:** | Lane Myers |
| **To:** | Zint, Amanda; Abdoo, Leslie; Homier, Michael |
| **Subject:** | Amended Complaint |
| **Date:** | Tuesday, November 29, 2022 11:04:34 AM |

I first notified you of my intention to Amend my complaint on September 13th, 2022. That was 1 day after you filed you Answer to my Original Complaint.

I then again notified you, and the Court of my intent to amend my complaint in my Status Report filed September 29th, 2022.

Judge Green then took arguments from both sides and you did not object to the Court granting me until October 28th, 2022 to file my First Amended Complaint. In open Court Leslie said she doesn't see it changing anything.

You then filed a Response in Opposition to my First Amended Complaint and used that as an opportunity to again violate Rule 11 and file a motion that was solely designed to delay the Court and this case.

You reneged on what you said in open court in front of the judge. You also didnt even attempt to seek concurrence before filing your Response in Opposition to my amended complaint and try and negotiate in good faith before opposing it. You had 2 months to have dialogue with me about my amended complaint. You did none of that.

I will be fighting my Preliminary Injunction and Motion for Leave to Amend to the Supreme Court if necessary.  You are violating rules and procedures and not operating in good faith. Then have the unmitigated gall to try and slander my character to the judge as your legal strategy. Thats why you are shit lawyers who should be fired immediately and sent to work as public defenders. You think you are above the law and rules. SURPRISE SURPRISE, youre not. And those idiots who you represent are not either. They are corrupt public servants. So get your popcorn, cause we are going to be here until this is resolved. Im not going anywhere anytime soon.

| From: | Lane Myers |
|---|---|
| To: | Abdoo, Leslie |
| Subject: | Re: Concurrence |
| Date: | Tuesday, November 29, 2022 2:04:56 PM |

Thank you for admitting you are in violation of Rule 11. If you thought my original complaint was only to harass someone you should have file a Motion to Dismiss in response not an answer.

As an "experienced" attorney you should know that those numbers don't mean anything. The jury or the parties settle and decide the amount.

You had plenty of time to settle this case with no damages. Your idiot clients turned over the bodycams and got themselves caught up. I was out riding my bike when your buddy Ethan Wright decided to drive 1 hour to break the law.

Furthermore the park ordinance is unconstitutional and thats the bottom line. Its a Monell because they created an illegal park ordinance and enforced it against me without due process.

You even said in your filing that Public Act 261 of 1965 gave the County Authority to set and enforce rules. AS LONG AS THEY FOLLOW STATE LAW. STATE LAW MUST FOLLOW FEDERAL LAW. Public Act 261 of 1965 section 3 makes the park ordinance a misdemeanor or quasi misdemeanor depending if you want to play semantics. So taking that to its OBVIOUS and logical conclusion, your clients charged and convicted, then sentenced me to a violation of Rule 18(b)(c) and a ban from the park. WITHOUT DUE PROCESS, which is guaranteed under the 14th amendment several ways.

Its a 1st amendment right to access traditional public fora. A LIBERTY right. Not a PROPERTY right. You enforce violations of your LIBERTY rights through the 14th amendment DUE PROCESS CLAUSE. Which guarantees due process any time government tries to take away life,liberty, or property. Your clients accused me of violations of Rule 18(b)(c). They described my "actions". To this day they still haven't told me what my ACTIONS were that violated Rule 18(b)(c). Your filings in federal court make up some story about me chasing and threatening Ethan Wright. But all the evidence shows that clearly is not what happened. Furthermore the person who banned me is supposed to

Give notice of allegations
Opportunity to confront witnesses against
Impartial tribunal

Thats under Due Process.
If we want to bring in the 6th amendment. I was charged and convicted of a misdemeanor without due process.

So I had my first amendment rights taken away by an unconstitutional park ordinance.

I was never told why my first amendment rights were being taken. Or what behavior I exhibited that broke Rule 18. Or given a chance to appeal. Or given a chance to go to court. NOTHING.

Then we have the cops illegal search of my personal information in county records to give to Nick Smith to call me on my personal cell phone and tell me I was charged and convicted of a misdemeanor by 2 cops and a fat dude at the park and my sentence is that I can never use the park again. And If I don't like it sue them. So I did.

Thats where you come in. You and Mike have actually made this case way worse through you terrible legal strategy.

All I wanted was an apology and let me use the park again. No lawsuits. Mike had all the facts. He chose to be complicit in the ongoing violations of my civil rights. Your filings are beyond ridiculous. I have tons of evidence catching you in every single lie you have filed in court.

You have presented no evidence, because there is none. I was there. I know what happened. The videos show what happened. You are living in denial because that's what you get paid to do. Live in denial and make up stories to try and cover up the mistakes of your clients. Its a terrible way to make a living. You are actively participating in the denial of my rights. For money.

Your legal arguments are not even based in reality or case law. You haven't presented a single argument related to my actual claims. You keep talking about Property. Nobody said anything about Property. Liberty. Thats how I know you have absolutely no chance of winning this case or a Rule 11. You can't even make comprehensive arguments about the legal facts and claims. All you can do is sound like a crybaby and keep talking nonsense such as I followed you out of court, or I recorded in the court, or I swore at Jessica Pinocchio, or my girlfriend is helping me, or my personality is too much for you to handle. Or I'm always right and you are desperate. My case is as solid as the granite the original United States Constitution was written on.

Show me a single piece of case law that says I can be convicted and sentenced to a misdemeanor without appearing in a court of law and you might have a chance to win this case.

Otherwise its a Monell because the County created a park ordinance that is unconstitutional on its face. And then enforced it againt me, IN RETALIATION, for my protected speech.

Monell claims allow me to request punitive damages where as suing the individuals doesn't. Thats why there is now 200 million in punitive damages. Because that's how you teach municipalities that think they can make up their own laws the rules apply to them also.

My case is legit, my amended complaint is all legit. Even if one of the 2 people who were on the Park Board or County board are dead they still voted to create an unconstitutional park ordinance in violation of Federal and State law. Even Public Act 261 further reinforces the notion that yes they can create park ordinances and enforce them as misdemeanor but they also can't create any ordinances that violate state law.

State law says nobody can create a law that violated Federal Law. Its called EQUAL PROTECTION. Which is why thats also a claim I have. You can't make up your own laws. And if you do make them up and attempt to enforce them on Lane Myers, you better be prepared to get sued.

I sued for injunctive relief and no money. You could have settled then. Then I found more and more evidence of what actually happened to me. So I am amending my complaint.

If you were not scared of my claims. You would not have filed in Opposition of me being granted leave. Your behavior and that of your clients tells me you are absolutely desperate.

On Tue, Nov 29, 2022, 11:24 AM Abdoo, Leslie <labdoo@fosterswift.com> wrote:

> Mr. Myers – at no time did we state "in open court" that we had "no opposition to [you]
> amending [your] complaint." During the Rule 16 Scheduling Conference, I informed the
> Court that an amendment to your complaint would likely not change Defendants' argument
> with respect to their Rule 11 Motion for Sanctions that this case was filed to harass
> Defendants, which has since been made abundantly clear by the frivolous allegations and
> outrageous request for "damages" in your proposed amended complaint.
>
>
> In any event, we **do not** concur in your Motion for Leave to file a Reply Brief (ECF No. 50).
> Further, we were not required to seek concurrence to file our response in opposition to your
> Motion for Leave to File a First Amended Complaint (ECF No. 44) because a response is
> not a motion.
>
>
>
> **Leslie A. Abdoo**
>
> **Shareholder**
>
> **Foster Swift Collins & Smith PC**
>
> **1700 East Beltline, NE, Suite 200**
>
> **Grand Rapids, MI 49525-7044**
>
> **Phone: 616.726.2232**
>
> **Fax: 616.726.2299**
>
> labdoo@fosterswift.com
>
> www.fosterswift.com
>
> ---
>
> **From:** Lane Myers <meyerlansky879@gmail.com>
> **Sent:** Tuesday, November 29, 2022 1:08 PM
> **To:** Zint, Amanda <AZint@fosterswift.com>; Abdoo, Leslie <labdoo@fosterswift.com>;
> Homier, Michael <MHomier@fosterswift.com>
> **Subject:** Concurrence

I am seeking concurrence to my Motion to Reply to your Response to my Motion for Leave. Under local rules and as ordered by Judge Maloney today.

Despite statements in open court that you had no opposition to me amending my complaint, you filed an opposition to my motion for leave to amend. Obviously once you saw the complaint you shit your pants like small children because your only response is that you think my girlfriend who is a Law Clerk for a District Judge wrote my filings. So you accused an employee of the Federal Government who swore an oath and has top secret government security clearance of breaking the law. Nice try. Thats how desperate your case is.

Instead of responding to the allegations in the amended complaint you tried to slander my girlfriends name and once again used it as an opportunity to try and make this case about my communications with you. And not the events that took place at the park and in subsequent interactions with your idiot clients.

You also didn't seek concurrence when you responded in opposition. So obviously your motion will be denied for the same reason as mine.

So this is me seeking concurrence for my reply to your response under local rules. And this is me giving you permission to file a concurrence on your motion also. We can say that this email was concurrence on both motions.

DISCLAIMER/CONFIDENTIALITY: This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain legally privileged and confidential information. Any document attached is a legal document and should not be changed or altered without the knowledge and approval of legal counsel. The sender takes no responsibility for any alterations, additions, revisions or deletions to any such document. Due to software and printer variations, documents printed at the recipient's location may vary from the original printed document.

**From:**          Lane Myers
**To:**            Homier, Michael; Abdoo, Leslie; Zint, Amanda
**Subject:**       Amended Complaint
**Date:**          Tuesday, November 29, 2022 2:15:01 PM

Once my amended complaint becomes the operative pleading I plan on withdrawing the 2 board members that were present in 2020 during the creation of the ordinance and not just when my rights were violated by the ordinance, as well as Connie Parks. I dont want to waste my time with them after more research. But I cant do that cause we need to play motion games to even make it the operative pleading. Once its the operative pleading I can change that. Because right now its tied up in motions so I can't even fix it until that happens. But I am telling you not to waste your time defending those 3. They are being withdrawn.

| | |
|---|---|
| **From:** | Lane Myers |
| **To:** | Abdoo, Leslie |
| **Subject:** | Re: ADR |
| **Date:** | Tuesday, November 29, 2022 3:41:27 PM |

Okay I'm starting school in January also so I will be even more busy.

I would prefer as soon as possible. Because it is what it is. Your clients are either going to give me my rights back or the jury will. Money. Thats a secondary issue farther down the list. Obviously im not getting 200 million dollars and if I cared about money more than my rights I would not have sued solely for injunctive relief. Plus, as your big mouth client told me. They have insurance for this. Except MMRMA denied them coverage. Once my amended complaint becomes the operative pleading MMRMA is going to get rid of you and Mike anyways and work on a settlement with me.

On Tue, Nov 29, 2022, 1:12 PM Abdoo, Leslie <labdoo@fosterswift.com> wrote:

> We will coordinate the date and time for mediation with the mediator after we choose who to use – most of them are private practitioners so it will need to be scheduled directly with them. Right now, we just need to pick a mediator from the Court's approved list and notify the ADR Clerk for the Court.
>
>
>
> **Leslie A. Abdoo**
>
> Shareholder
>
> **Foster Swift Collins & Smith PC**
>
> **1700 East Beltline, NE, Suite 200**
>
> **Grand Rapids, MI 49525-7044**
>
> **Phone: 616.726.2232**
>
> **Fax: 616.726.2299**
>
> labdoo@fosterswift.com
>
> www.fosterswift.com
>
> ---
>
> **From:** Lane Myers <meyerlansky879@gmail.com>
> **Sent:** Tuesday, November 29, 2022 3:11 PM
> **To:** Abdoo, Leslie <labdoo@fosterswift.com>
> **Subject:** Re: ADR

| | |
|---|---|
| **From:** | Lane Myers |
| **To:** | Abdoo, Leslie |
| **Subject:** | Amended/Frivolous |
| **Date:** | Wednesday, November 30, 2022 10:09:56 AM |

Since you didn't make a single reference or indication in your response in opposition about the actual complaint.

What part of the amended complaint is frivolous? Explain the law that allowed them to convict me of a misdemeanor without ever telling me what I was accused of?

Tell me how they can look up my personal information on a PPO I filed and not in the LEIN system. They had no probable cause to look me up, or they would have been able to detain me at the scene and force me to give up that information.

Tell me how the park allows people to wear Fuck Joe Biden shirts. But im banned for NOT USING PROFANITY.

Show me some evidence that I threatened or chased Ethan Wright. Cause the body cams show NOTHING. Ethan Wright didn't accuse me of anything in his conversations with the idiot cops.

How can we have ADR if you are living in denial?

https://drive.google.com/file/d/1-Gdb_2v5NaXN3fwhpOy9zIJ1FjK5WLe9/view?usp=drivesdk