# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Wren, et al.,<br><br>    Defendants. | No. 1:22-CV-00748<br>Judge Paul Maloney<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Plaintiff Pro Se Lane Myers notifies all parties of appeal. Plaintiff is filing an appeal in the US Court of Appeals for the Sixth Circuit. Plaintiff is filing an Interlocutory Appeal of Judge Maloney Order and Opinion (ECF 62) on December 22, 2022. Plaintiff is not appealing the entire order. Plaintiff is specifically appealing the denial of his Motion for Preliminary Junction (ECF 4), Motion for Leave to Amend complaint (ECF 37), and Motion for leave to reply to defendant's reply in opposition of Motion for leave to amend complaint (ECF 50).

December 25, 2022                                         S/ Lane Myers