**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  December 27, 2022

Mr. Lane Myers
1583 Grange
Trenton, MI 48183

          Re:   Case No. 22-2148, *Lane Myers v. Christopher Wren, et al*
                Originating Case No. 1:22-cv-00748

Dear Mr. Lane:

   This appeal has been docketed as case number **22-2148** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following forms are due by **January 10, 2023**.

                               Appearance of Counsel
           Appellee:    Disclosure of Corporate Affiliation
                               Application for Admission to 6th Circuit Bar (if applicable)

   Enclosed is a transcript order form should you require transcript of a hearing(s) to support your arguments on appeal.  If you do order transcript, the form must be filed by **January 10, 2023**.  A copy of the form must also be provided to the court reporter along with your payment for the transcript.  Please see page 2 of the transcript order for additional information.   If transcript is not ordered by this deadline, a briefing schedule will issue.

   The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                                     Sincerely yours,

                                                     s/Patricia J. Elder
                                                     Senior Case Manager
                                                     Direct Dial No. 513-564-7034

cc:  Ms. Leslie Ann Dickinson

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 22-2148**

PLA LANE MYERS

    Plaintiff - Appellant

v.

CHRISTOPHER WREN, Newaygo County Administrator; NICHOLAS SMITH, Director of Newaygo County Parks and Recreation; CHRISTOPHER FRERIKS, Sergeant Newaygo County Sheriff Dept

    Defendants - Appellees