IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| Lane Myers, | No. 1:22-CV-00748 |
|---|---|
| Plaintiff, | Judge Greene |
| v. | **MOTION TO APPEAR** |
| Christopher Wren, et al., | |
| Defendants. | |

**MOTION TO APPEAR BY VIDEO**

Plaintiff requests to appear at his Scheduling Conference with Judge Greene by video due to his location in Arizona. Judge Greene issued an Order scheduling an Early Settlement Conference. In his Order he indicated that Plaintiff must file this motion to appear by video. Plaintiff intends to meet all the other requirements of the Order by the deadlines, as directed by Judge Greene.

December 29th, 2022                    s/ Lane Myers
                                                           Pro Se