IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers, | No. 1:22-CV-00748 |
| Plaintiff, | **Certificate of Concurrence** |
| v. | |
| Christopher Wren, et al., | |
| Defendants. | |

### CERTIFICATE OF CONCURRENCE

    This Certificate of Concurrence is filed in accordance with the Local Rule 7.3(d). Plaintiff sought concurrence from Defendants on January 6th, 2023 in regards to his Motion for Leave to Appear by Video for the Settlement Conference. Defendants counsel said they do not concur. This certificate is filed based on these facts.

January 6th, 2023                                                        s/ Lane Myers

                                                                                                    Pro Se