UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

LANE MYERS,

    Plaintiff,

v.

CHRISTOPHER WREN, et al.,

    Defendants,

_____/

Hon. Paul L. Maloney

Case No. 1:22-cv-0748

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Appear by Video. (ECF No. 65). The motion appears to seek permission to participate remotely in the upcoming settlement conference by video. (*Id.* at PageID.869). The settlement conference is set for January 24, 2023. (ECF No. 60). Plaintiff cites as the only reason for his request "his location in Arizona." (ECF No. 65 at PageID.869). Plaintiff has failed to establish good cause for his request to participate in the settlement conference by video.

Plaintiff filed the instant action in this district on August 16, 2022. (ECF No. 1). He advised the Court that he lives in Trenton, Michigan. (*Id.* at PageID.2). Plaintiff has never advised the Court of a change in address, and the docket still reflects a Trenton, Michigan, address. Plaintiff says nothing in his instant motion as to why he will be in Arizona on the date set for the settlement conference.

Moreover, Plaintiff is proceeding *in pro per*. He has demonstrated some difficulty in understanding Court orders and the application of certain Federal Rules of Civil Procedure. (*See* Plaintiff's Motion for Clarification, ECF No. 46; Plaintiff's Motion for Clarification on Order Denying TRO, ECF No. 48; 11/29/22 Order, ECF No. 52). Attempting to conduct a settlement conference with a *pro se* litigant who likely has little or no experience in such proceedings presents sufficient challenges without adding the complications of remote participation.

Plaintiff chose to file his case in this Court, and he apparently lives in this district. He should expect to be present in person for all Court hearings, absent a showing of good cause. Accordingly, and Plaintiff having failed to establish good cause, his motion to appear remotely at the January 24, 2023, settlement conference (ECF No. 65) is **DENIED**.

**IT IS SO ORDERED**.

Date: January 9, 2023  /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge