UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LANE MYERS,

    Plaintiff,                           Hon. Paul L. Maloney

v.                                    Case No. 1:22-cv-00748-PLM-PJG

CHRISTOPHER WREN, et al.,

    Defendants,
_____/

## ORDER

This matter is set for an Early Settlement Conference before the undersigned on January 24, 2023. (ECF No. 60). The court has received the parties' confidential letters and written exchanges in this matter. Having reviewed those documents it is apparent to the court that a Settlement Conference would not be constructive at this time. Accordingly,

**IT IS ORDERED** that the January 24, 2023, Early Settlement Conference is hereby **ADJOURNED**.

**IT IS SO ORDERED**.

Date: January 20, 2023

                                                        /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge