UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS

    Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS,

    Defendants.

No. 1:22-cv-00748

Hon. Paul L. Maloney

**DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

***Oral Argument Requested***

Defendants, through their attorneys, Foster, Swift, Collins & Smith, P.C., under Fed. R. Civ. P. 56, moves that this Court enter an order granting summary judgment in favor of Defendants for the reasons set forth in Defendants' brief in support of this motion. In accordance with W.D. Mich. LCivR 7.1(d), defense counsel ascertained that the Plaintiff opposes this motion.

Respectfully submitted,

Dated: April 28, 2023

By: /s/Leslie A. Dickinson
Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
Foster Swift Collins & Smith, PC
1700 E Beltline Ave Suite 200
(616) 726-2200
labdoo@fosterswift.com
Counsel for Defendants