UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS

    Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS,

    Defendants.

No. 1:22-cv-00748

Hon. Paul L. Maloney

## CERTIFICATE OF COMPLIANCE

This brief complies with the requirements of L.R. 7.2(b)(ii), as it contains 3,549 words, excluding the portions of the brief exempted by L.R. 7.2(b)(i). This word count was generated using Microsoft Word 365. Pursuant to Administrative Order 07-026, one courtesy copy of all dispositive motion papers and all accompanying exhibits will be submitted directly to the Judge's champers on paper via First Class Mail.

Respectfully submitted,

Dated: April 28, 2023

By: /s/Leslie A. Dickinson
Michael D. Homier (P60318)
Leslie A. Dickinson (P78850)
Foster Swift Collins & Smith, PC
1700 E Beltline Ave Suite 200
(616) 726-2200
labdoo@fosterswift.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

18

      I hereby certify that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this matter.

                                      /s/Leslie A. Dickinson
                                      Leslie A. Dickinson

83934:00016:7024086-2