# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers,<br><br>    Plaintiff,<br><br>v.<br><br>Christopher Wren, et al.,<br><br>    Defendants. | No. 1:22-CV-00748<br><br>Hon. Judge Maloney<br><br>**Plaintiff Motion in Opposition to Defendant's Motion for Summary Judgment** |

  Mr. Myers files this Motion in Opposition to Defendant's Motion for Summary Judgment. Defendants have not even come remotely close to meeting the burden of a Rule 56 Motion for Summary Judgment. There is clearly an unresolved dispute of material fact. Mr. Myers is also on the right side of every legal argument Defendants and this Court have filed. Mr. Myers currently has an Interlocutory Appeal pending in the Sixth Circuit Court of Appeals that will also significantly change the course of the proceedings in this lawsuit. After the Sixth Circuit grants Mr. Myers Amended Complaint this Motion by Defendants will become moot. The litigation will start over and new scheduling deadlines will need to be set.

  Defendants Motion for Summary Judgment also violates rule 56 by failing to meet the evidentiary standard required of material facts. Defendants have not presented a separately filed Statement of Material Facts, and have failed to identify and support the material facts in their motion with admissible evidence. Defendants have also once again violated both Rule 56, and Rule 11 for attempting to abuse the litigation process and turn a Rule 56 Motion for Summary Judgment into a Motion for sanctions or dismissal. This is now at least the 4th occasion that defendants have knowingly and intentionally abused the Federal Rules of Civil Procedure in an attempt to mislead this court. Defendants motion

must be denied, and this litigation allowed to play out on the obvious merits and laws in Mr. Myers favor. The Defendants have not presented a single piece of evidence to support any of their accusations and allegations and have now resorted to lies and manipulation in a last ditch attempt to keep their clients from being held liable for their illegal actions. Enclosed is Mr. Myers brief in opposition to Defendants motion for summary judgement.

May 25th, 2023                                                          S/ Lane Myers
                                                                        Pro Se