# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers,<br><br>   Plaintiff,<br><br>v.<br><br>Christopher Wren, et al.,<br><br>   Defendants. | No. 1:22-CV-00748<br><br>**Certificate of Compliance** |

This certifies that Mr. Myers Brief in Opposition is in accordance with Local Rules. Mr. Myers brief is 9870 words and created on Microsoft Word.

May 25th, 2023                    S/<u>Lane Myers</u>

                                        Pro Se