UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS

      Plaintiff,

v.

CHRISTOPHER WREN, NICHOLAS SMITH and UNKNOWN FRERIKS,

      Defendants.

No. 1:22-cv-00748

Hon. Paul L. Maloney

**CERTIFICATE OF COMPLIANCE**

This brief complies with the requirements of L.R. 7.2(b)(ii), as it contains 1,157 words, excluding the portions of the brief exempted by L.R. 7.2(b)(i). This word count was generated using Microsoft Word 365. Pursuant to Administrative Order 07-026, one courtesy copy of all dispositive motion papers and all accompanying exhibits will be submitted directly to the Judge's chambers on paper via First Class Mail.

                                  Respectfully submitted,

Dated: June 20, 2023                By:  /s/Leslie A. Dickinson
                                                Michael D. Homier (P60318)
                                                Leslie A. Dickinson (P78850)
                                                Foster Swift Collins & Smith, PC
                                                1700 E Beltline Ave Suite 200
                                                (616) 726-2200
                                                labdoo@fosterswift.com
                                                Counsel for Defendants

83934:00016:7153453-3