UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

      Plaintiff,

v.

CHRISTOPHER WREN, et al.,

      Defendants.
_____/

Case No. 1:22-cv-00748-PLM-PJG

Hon. Paul L. Maloney

## NOTICE OF HEARING CANCELLATION

The Settlement Conference set in this matter for **August 10, 2023, before Magistrate Judge Phillip J. Green** is hereby **adjourned without date.**

      U.S. Magistrate Judge

Dated:  July 31, 2023     By:  /s/ Jessica K. Wright
                                                        Judicial Assistant