# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers,　　　　　　　　　　Plaintiff,　v.　Christopher Wren, et al.,　　　　　　　　　　Defendants. | No. 1:22-CV-00748　Hon. Judge Paul Maloney　**Plaintiff Objections to Report and Recommendations** |

## Plaintiff Objections

  Mr. Myers files this Objection in response to this court's Report and Recommendation issued on August 2nd, 2023. Mr. Myers objects to all findings contained in the Report and Recommendation as detailed below. Once again this court has completely embarrassed itself with its lazy and incorrect analysis of Mr. Myers filings. At this point its either pure incompetence or intentional judicial bias and misconduct. There can be no excuse by this court for failing to once again do its due diligence on this case and reaching the proper conclusions, using the proper analysis, and legal standards under the Federal Civil Rules of Procedure. This court failed to properly analyze the material facts in this case, and explain its conclusion. This court once again failed to properly analyze Mr. Myers Due Process claim. This is something that all lawyers learn in the first year of law school. The law clerk who researched this case should be fired immediately. The fact that this court then attempted to recommend that Mr. Myers appeal would be taken in bad faith is going to look really silly when Mr. Myers wins his Interlocutory Appeal that is already pending. What is this court going to say then? Hopefully it will recuse itself from this case for showing bias and improperly analyzing Mr. Myers claims. Mr. Myers has been right from day 1 on this case and this court has now made this case a legal battle between the court and the plaintiff. Mr. Myers will pursue this case to the United States Supreme Court if necessary in order to uphold his civil rights that have been violated. The district court must now review this Report and Recommendation de novo and properly deny defendants motion for summary judgement because it does not even come close to meeting the required standard of there being no genuine dispute of material fact. There are multiple disputes of material fact, and Mr. Myers has valid legal claims.

August 15th, 2023                                                                S/Lane Myers
                                                                                 Pro Se