# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Lane Myers, <br><br> Plaintiff, <br><br> v. <br><br> Christopher Wren, et al., <br><br> Defendants. | No. 1:22-CV-00748 <br> Hon. Judge Paul Maloney <br> **Certificate of Compliance** |

Certificate of Compliance

The undersigned certifies pursuant to Local Rule 7.2 that the Brief supporting Objections(ECF 85) is in compliance with the word count. It was produced on Microsoft Word and contains 5,520 words and 14 pages.

August 15th, 2023                                                                                            S/Lane Myers
                                                                                                                           Pro Se