UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANE MYERS, ) | |
|        Plaintiff, ) | |
| ) | No. 1:22-cv-748 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| CHRISTOPHER WREN, *et al.* ) | |
|        Defendants. ) | |
| ) | |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

**THIS ACTION IS TERMINATED**.

**IT IS SO ORDERED**.

Date: August 22, 2023                     /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge