UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L‍ANE M‍YERS,

        Plaintiff,                             Case No. 1:22-cv-0748

v.                                           Hon. Paul L. Maloney

C‍HRISTOPHER W‍REN, et al.,

        Defendants.
_____/

**ORDER**

This matter is set for a Rule 16 scheduling conference on Monday, July 29, 2024.  (ECF No. 94).  On July 25, 2024, Plaintiff filed a Joint Status Report in which he states: "Plaintiff absolutely plans to file an amended complaint[] before the Rule 16 hearing on the 29th."  (ECF No. 96, PageID.1050).  Plaintiff further indicates that he may need until August 2, 2024, to make the filing.  (*Id.*).

Plaintiff advances argument as to why he is entitled to file an amended complaint by right.  (*See id.* at PageID.1049-50).  The Court defers ruling until such time as the issue is properly before the Court.

The Court's time is not efficiently used for a Rule 16 scheduling conference under these circumstances.  Accordingly, the July 29 scheduling conference is **ADJOURNED** pending resolution of Plaintiff's efforts to amend the complaint.

    **IT IS SO ORDERED.**

Date: July 26, 2024                                /s/ Phillip J. Green
                                                        PHILLIP J. GREEN
                                                        United States Magistrate Judge