## INDEX OF EXHIBITS

Exhibit A – Defendants' First Interrogatories and Request for Production.

Exhibit B – Defendants' Second Interrogatories Request.

Exhibit C – February 10, 2025 Letter to Plaintiff.

Exhibit D – February 10, 2025 Emails.

Exhibit E – February 24, 2025 Email.

Exhibit F – March 5 2025 Email to Plaintiff.

Exhibit G – Plaintiff's provided documents.