# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANE MYERS,<br>  Plaintiff, | HON. PAUL L. MALONEY<br>U.S. WESTERN DISTRICT JUDGE |
| v | PHILLIP J. GREEN<br>U.S. MAGISTRATE JUDGE |
| CHRISTOPHER WREN, NICHOLAS SMITH, SGT. CHRISTOPHER FRERIKS, NEWAYGO COUNTY,<br>  Defendants. | CASE NO. 1:22-cv-00748-PLM-PJG |

| | |
|---|---|
| Lane Myers<br>Plaintiff, *In Pro Se*<br>4583 N. Sugarbush Pl<br>Tucson, AZ 85749<br>(313) 587-1880<br>Meyerlansky879@gmail.com | Haider A. Kazim (P66146)<br>Matthew W. Cross (P77526)<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorneys for Defendants<br>310 West Front Street, Suite 221<br>Traverse City, MI 49684<br>(231) 922-1888<br>hkazim@cmda-law.com<br>mcross@cmda-law.com |

## **DEFENDANTS' INTERROGATORIES AND REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF**

NOW COME Defendants, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and pursuant to Fed. R. Civ. P. 33 and Fed. R. Civ. P. 34 submits the following Interrogatories and Request for Production of Documents to the Plaintiff. The information that is sought must be given under oath, whether it is secured by you, your agent, representative, or attorney, or any other person who has made this knowledge known to you or from whom you can get this information and who is competent to testify to the facts stated. The answers must be served upon the undersigned within thirty (30) days after these requests are served upon you. These requests shall be deemed continuing, and supplemental answers shall be required immediately if you, directly or indirectly, obtain further or different information after the time your

{02183211-1} 1

answers are served upon the undersigned and before the time of trial of this action. If you cannot answer the following Requests in full after exercising due diligence to secure the information to do so, please so state and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portions. For these requests, the term "document" shall include all writings, drawings, graphs, charts, photographs, stenographic records and recordings (audio or video) and other data compilations from which information can be obtained and translated, if necessary, by the respondent through detective devices into reasonable usable form.

### INTERROGATORIES

1. Describe, in detail, the damages you claim to have suffered as a result of the incident at issue in your Amended Complaint.

**ANSWER:**


### REQUEST FOR PRODUCTION

1. Produce all documentation related to your August 5, 2022 encounter with Ethan Wright. This includes, but is not limited to, any video recording, audio recording, or photographs.

**RESPONSE:**


2. Produce all documentation related to any interactions you have had with any representative of Newaygo County from August 5, 2022 to present regarding the incident at issue in your Amended Complaint.

**RESPONSE:**

3. Produce all documentation that supports your claimed damages.

**RESPONSE:**

4. Produce all documentation that you will use at trial, whether as substantive evidence or for purposes of impeachment.

**RESPONSE:**

                                        Respectfully submitted,

Dated: December 3, 2024                CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

                                        Matthew W. Cross (P77526)
                                        Attorneys for Defendants
                                        310 West Front Street, Suite 221
                                        Traverse City, MI 49684
                                        (231) 922-1888

**Neal Wilds**

| | |
|---|---|
| **From:** | Kathy Morey |
| **Sent:** | Friday, January 3, 2025 2:50 PM |
| **To:** | Lane Myers |
| **Cc:** | Matthew Cross |
| **Subject:** | Myers v County of Newaygo, et al - Defs' Discovery and Defs' Initial Disclosures |
| **Attachments:** | Attachments.txt |

**ShareFile Attachments**                                        Expires July 5, 2025

Letter to Plaintiff Re encl Defs' 1st Interrog...nal.PDF                37.2 MB

[Download Attachments]

Kathy Morey uses ShareFile to share documents securely.

Hello Mr. Myers,

Attached are the following documents originally mailed to you on December 3, 2024:

1. Defendants Interrogatories and Request for Production Directed to Plaintiff;
2. Defendants' Rule 26(a)(1) Initial Disclosures (with attachments Bate Stamped Nos. 1-168); and
3. Proof of Service (filed with the Court).

I didn't know if you received our proof of service which was filed with the court (ECF 124), so I attached another copy. Please let us know if you have any questions. Thank you and take care.

Kathy

***PLEASE NOTE OUR NEW ADDRESS BELOW. THANK YOU.***

Kathy Morey
Legal Assistant to Matthew W. Cross
Cummings, McClorey, Davis & Acho, PLC
125 Park Street, Suite 300
Traverse City, Michigan 49684

kmorey@cmda-law.com
231-922-1888 main
231-922-9888 fax

1