# EXHIBIT B

{02260484-1 }

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANE MYERS,<br>    Plaintiff, | HON. PAUL L. MALONEY<br>U.S. WESTERN DISTRICT JUDGE |
| v | PHILLIP J. GREEN<br>U.S. MAGISTRATE JUDGE |
| CHRISTOPHER WREN, NICHOLAS SMITH, SGT. CHRISTOPHER FRERIKS, NEWAYGO COUNTY,<br>    Defendants. | CASE NO. 1:22-cv-00748-PLM-PJG |
| Lane Myers<br>Plaintiff, *In Pro Se*<br>4583 N. Sugarbush Pl<br>Tucson, AZ 85749<br>(313) 587-1880<br>Meyerlansky879@gmail.com | Haider A. Kazim (P66146)<br>Matthew W. Cross (P77526)<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorneys for Defendants<br>125 Park Street, Suite 300<br>Traverse City, MI 49684<br>(231) 922-1888<br>hkazim@cmda-law.com<br>mcross@cmda-law.com |

## DEFENDANTS' SECOND INTERROGATORIES DIRECTED TO PLAINTIFF

NOW COME Defendants, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and pursuant to Fed. R. Civ. P. 33 submits the following Second Interrogatories Directed to Plaintiff. The information that is sought must be given under oath, whether it is secured by you, your agent, representative, or attorney, or any other person who has made this knowledge known to you or from whom you can get this information and who is competent to testify to the facts stated. The answers must be served upon the undersigned within thirty (30) days after these requests are served upon you. These requests shall be deemed continuing, and supplemental answers shall be required immediately if you, directly or indirectly, obtain further or different information after the time your answers are served upon the undersigned

{02209312-1}                                                1

and before the time of trial of this action. If you cannot answer the following Requests in full after exercising due diligence to secure the information to do so, please so state and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portions. For these requests, the term "document" shall include all writings, drawings, graphs, charts, photographs, stenographic records and recordings (audio or video) and other data compilations from which information can be obtained and translated, if necessary, by the respondent through detective devices into reasonable usable form.

## INTERROGATORIES

1. Please detail the taxable costs you have incurred in this matter.

**ANSWER:**

2. In the two years preceding August 8, 2022, please detail:

    a. Which Newaygo County Parks you accessed;

    b. When you accessed them.

**ANSWER:**

3. Since August 8, 2022, please detail the dates during which you resided in the State of Michigan and the dates you resided outside the State of Michigan.

**ANSWER:**

4. Since August 8, 2022, please indicate what parks, trails, or other place of public recreation that you accessed in lieu of any Newaygo County Parks.

**ANSWER:**

{02209312-1}　　　　　　　　　　　　　　　2

5.  If any of your responses to any request for admission is anything but an unequivocal admission, please describe, in detail, the basis for your response.

**ANSWER:**

Dated: January 30, 2025

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS
& ACHO, P.L.C.

_____
Matthew W. Cross (P77526)
Attorneys for Defendants
125 Park Street, Suite 300
Traverse City, MI 49684
(231) 922-1888

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LANE MYERS,<br>Plaintiff, | HON. PAUL L. MALONEY<br>U.S. WESTERN DISTRICT JUDGE |
| v | PHILLIP J. GREEN<br>U.S. MAGISTRATE JUDGE |
| CHRISTOPHER WREN, NICHOLAS SMITH, SGT. CHRISTOPHER FRERIKS, NEWAYGO COUNTY,<br>Defendants. | CASE NO. 1:22-cv-00748-PLM-PJG |
| Lane Myers<br>Plaintiff, *In Pro Se*<br>4583 N. Sugarbush Pl<br>Tucson, AZ 85749<br>(313) 587-1880<br>Meyerlansky879@gmail.com | Haider A. Kazim (P66146)<br>Matthew W. Cross (P77526)<br>CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>Attorneys for Defendants<br>125 Park Street, Suite 300<br>Traverse City, MI 49684<br>(231) 922-1888<br>hkazim@cmda-law.com<br>mcross@cmda-law.com |

## DEFENDANTS' SECOND REQUEST FOR PRODUCTION DIRECTED TO PLAINTIFF

NOW COME Defendants, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., and pursuant to Fed. R. Civ. P. 34 submits the following Second Request for Production of Documents to the Plaintiff. The information that is sought must be given under oath, whether it is secured by you, your agent, representative, or attorney, or any other person who has made this knowledge known to you or from whom you can get this information and who is competent to testify to the facts stated. These requests shall be deemed continuing, and supplemental answers shall be required immediately if you, directly or indirectly, obtain further or different information after the time your answers are served upon the undersigned and before the time of trial of this action. If you cannot answer the following Requests in full after exercising due

{02209337-1} 1

diligence to secure the information to do so, please so state and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portions. For these requests, the term "document" shall include all writings, drawings, graphs, charts, photographs, stenographic records and recordings (audio or video) and other data compilations from which information can be obtained and translated, if necessary, by the respondent through detective devices into reasonable usable form. Pursuant to FRCP 34, this requests that Plaintiff Lane Myers, produce the following tangible items to Defendants' Attorney within thirty (30) days after the service of this request.

## REQUEST FOR PRODUCTION

1. Plaintiff's video of interaction with Ethan Wright.

**RESPONSE:**


2. All documentation supporting your claimed taxable costs.

**RESPONSE:**


3. All Documentation supporting your claimed damages.

**RESPONSE:**


4. All audio and/or video recordings capturing your interactions with any representative of Newaygo County since January 1, 2022.

**RESPONSE:**


5. All evidence you may rely upon at the time of trial.

**RESPONSE:**

Dated: January 30, 2025

Respectfully submitted,

CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.

Matthew W. Cross (P77526)
Attorneys for Defendants
125 Park Street, Suite 300
Traverse City, MI 49684
(231) 922-1888

**Neal Wilds**

| | |
|---|---|
| **From:** | Kathy Morey |
| **Sent:** | Thursday, January 30, 2025 12:28 PM |
| **To:** | Lane Myers |
| **Cc:** | Matthew Cross |
| **Subject:** | Myers v Newaygo  - Defendants' Second Set of Discovery to Plaintiff |
| **Attachments:** | FINAL - Defs' 2nd Interrogs Directed to PL.PDF; FINAL - Defs' 2nd RFP Directed to PL.PDF; FINAL - Defs' First Request for Admissions Directed to Plaintiff.PDF; FINAL - Proof of Service - Defs' 2nd Interrogs, Defs 2nd RFP, and POS Via email.PDF |

Hello Mr. Myers,

Regarding Myers v Newaygo, attached are the following discovery documents directed to Plaintiff:

1. Defendants' Second Interrogatories directed to Plaintiff;
2. Defendants' Second Request for Production Directed to Plaintiff;
3. Defendants' First Request for Admissions Directed to Plaintiff; and
4. Proof of Service (filed with the Court).

Please let us know if you have any questions. Thank you and take care.

Kathy



\*\*\***PLEASE NOTE OUR NEW ADDRESS BELOW. THANK YOU.**\*\*\*

Kathy Morey
Legal Assistant to Matthew W. Cross
Cummings, McClorey, Davis & Acho, PLC
125 Park Street, Suite 300
Traverse City, Michigan 49684

kmorey@cmda-law.com
231-922-1888 main
231-922-9888 fax



CUMMINGS·McCLOREY
DAVIS & ACHO, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW

1