# EXHIBIT C

{02260484-1 }



**ATTORNEYS AND COUNSELORS AT LAW**
125 PARK STREET, SUITE 300 ▪ TRAVERSE CITY, MICHIGAN 49684 ▪ PHONE: (231) 922-1888 ▪ FACSIMILE: (231) 922-9888

Matthew W. Cross
mcross@cmda-law.com

February 10, 2025

Mr. Lane Myers
4583 N. Sugarbush Place
Tucson, AZ 85749

   RE: Past Due Discovery Responses
      Myers v County of Newaygo, et al.
      U.S. Western District of Michigan Case No.: 1:22-cv- 00748-PLM-PJG

Dear Mr. Myers:

 On January 3, 2025, my office served by email the Defendants' First Set of Interrogatories and Request for Production of Documents Directed Plaintiff. Plaintiff's responses were due on February 3, 2025, and are now past due.

 Please advise when I may receive Plaintiff's discovery responses. If I do not have your answers by February 17, 2025, I will have to file a Motion to Compel.

 Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Matthew W. Cross

MWC/kjm