# EXHIBIT D

{02260484-1}

This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.

**From:** Lane Myers <meyerlansky879@gmail.com>
**Sent:** Tuesday, February 11, 2025 2:31 PM
**To:** Matthew Cross <mcross@cmda-law.com>
**Subject:** Re: Settlement Offer

Thank you, we bought the property for 75 and sold it for 60. We had about another 8 grand into the property, moving, permits, etc. So about 22 there, then it comes down to "having my feelings hurt" for lack of a better term. To me thats worth about 10 grand or so for "irreparable harm" even though the court may not call it that. My liberty was infringed, couldnt run my business, or express myself at the park. Blah blah. Thats why I said 50 compensatory to start somewhere. But its more like 30 actual. Im not here to play games and all that with this or that every little dollar here and there. Or what I "could" get. I want this shit over just as much as you do.

I will tell you those dates asap I have a bike race at the beginning of April. Let me see my travel plans for that and I will update you.

Lane Myers

On Mon, Feb 10, 2025 at 10:29 AM Matthew Cross <mcross@cmda-law.com> wrote:

> Understood. I'll have Kathy send you a ShareFile link where you can just drag and drop responsive files.
>
> I do appreciate the explanation, and think I have a better idea of where you're coming from on the damages valuation. We definitely should have a phone call in the near future to discuss, but I think it makes more sense for me to go to the county and get some concrete settlement authority first. That way we might be able to wrap things up in a single phone call if I already have the settlement authority I need.
>
> Can you provide me some dates you're available in early April for me to take your deposition if we haven't settled by then? Discovery closes on April 30, 2025, and I need to get something scheduled. We can of course do it via Zoom and I don't anticipate it taking more than 1-2 hours (likely closer to 1 hour).

3

Matthew W. Cross

Cummings, McClorey, Davis & Acho, PLC

125 Park Street, Suite 300

Traverse City, Michigan 49684

Desk   (734) 437-9392

Cell    (248) 808-1905

Fax    (734) 261-4510



CUMMINGS·MCCLOREY
DAVIS & ACHO, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW

**CONFIDENTIALITY NOTICE**

This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.

**From:** Lane Myers <meyerlansky879@gmail.com>
**Sent:** Monday, February 10, 2025 12:13 PM
**To:** Matthew Cross <mcross@cmda-law.com>
**Subject:** Re: Settlement Offer

Hello, thanks for the response. I've been meaning to respond to your requests. I was going to ask Kathy how to give you electronic stuff because I don't have a fancy system like you do for like the files.

I could Google drive and you download from the Google drive to the system you have at your firm? I'm not sure how to "host" some of this stuff forever vs like you download it. Because it's too big to email.

4