# EXHIBIT E

{02260484-1}

**Neal Wilds**

**From:** Matthew Cross
**Sent:** Monday, February 24, 2025 4:03 PM
**To:** Lane Myers
**Cc:** Kathy Morey
**Subject:** RE: Settlement Offer

Lane

Sorry for the delay, been slammed trying to get other things done before a quick vacation next week.

I'll be meeting with the County Board sometime in early March to get some settlement authority. Then you and I can exchange some numbers and see if we can get this wrapped up.

In the meantime, I don't see that we received your responses to our first set of discovery requests. I believe my assistant Kathy provided a ShareFile link previously so you could just drag and drop files but correct me if I have that wrong. Your responses to our second set of discovery requests are due February 27, 2025. Please get me responses to both sets by close of business on Friday, or we will have to move forward with a motion to compel those responses since we are quickly running out of time to complete discovery—discovery closes April 30.

Lastly, I still need you to provide a few dates you are available in early-mid April for a deposition if necessary.

Matt

**Matthew W. Cross**
Cummings, McClorey, Davis & Acho, PLC
125 Park Street, Suite 300
Traverse City, Michigan 49684
Desk   (734) 437-9392
Cell    (248) 808-1905
Fax    (734) 261-4510



CUMMINGS·MCCLOREY
DAVIS & ACHO, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW

**CONFIDENTIALITY NOTICE**

This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.

**From:** Lane Myers <meyerlansky879@gmail.com>
**Sent:** Wednesday, February 12, 2025 11:51 AM

1