# EXHIBIT F

{02260484-1 }

## Neal Wilds

**From:** Kathy Morey
**Sent:** Wednesday, March 5, 2025 4:43 PM
**To:** Lane Myers
**Cc:** Neal Wilds; Matthew Cross
**Subject:** Myers v Newaygo et al. - Responses to Requests for Production

Hello Mr. Myers,

I have not heard back from you and I didn't get any notifications of you uploading any files. I am reaching out to confirm you sent the videos and other records on a flash drive. **Please confirm these were sent and how they were sent.**

Also, we **still need a date to take your deposition. Please provide a date asap.**

Thank you and I look forward to hearing from you.

\*\*\*PLEASE NOTE OUR NEW ADDRESS BELOW. THANK YOU.\*\*\*

Kathy Morey
Legal Assistant to Matthew W. Cross
Cummings, McClorey, Davis & Acho, PLC
125 Park Street, Suite 300
Traverse City, Michigan 49684

kmorey@cmda-law.com
231-922-1888 main
231-922-9888 fax



CUMMINGS·McCLOREY
CMDA
DAVIS & ACHO, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW

1