UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

    Plaintiff,

v

CHRISTOPHER WREN, NICHOLAS
SMITH, SGT. CHRISTOPHER FRERIKS,
NEWAYGO COUNTY,

    Defendants.

HON. PAUL L. MALONEY
U.S. WESTERN DISTRICT JUDGE

PHILLIP J. GREEN
U.S. MAGISTRATE JUDGE

CASE NO. 1:22-cv-00748-PLM-PJG

| | |
|---|---|
| Lane Myers<br>Plaintiff, *In Pro Se*<br>4583 N. Sugarbush Pl<br>Tucson, AZ 85749<br>(313) 587-1880<br>Meyerlansky879@gmail.com | Haider A. Kazim (P66146)<br>Matthew W. Cross (P77526)<br>Neal A. Wilds (P85924)<br>CUMMINGS, McCLOREY, DAVIS &<br>ACHO, P.L.C.<br>Attorneys for Defendants<br>125 Park Street, Suite 300<br>Traverse City, MI 49684<br>(231) 922-1888<br>hkazim@cmda-law.com<br>mcross@cmda-law.com<br>nwilds@cmda-law.com |

## DEFENDANTS' CERTIFICATE OF NON-CONCURRENCE

Defendants, in anticipation of filing their Motion to Compel Discovery Responses and Deposition of Plaintiff Under Fed. R. Civ. P. 12(b)(6), sought Plaintiff's concurrence pursuant to W.D. Mich. L. Civ. R. 7.1(d) by e-mail on March 17, 2025. Plaintiff does not concur.

Dated: March 24, 2025

CUMMINGS, McCLOREY, DAVIS
    & ACHO, P.L.C.

_____
Matthew W. Cross (P77526)
Attorneys for Defendants
125 Park Street, Ste. 300
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
mcross@cmda-law.com

{02262356-1 }