UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

    Plaintiff,

v.

CHRISTOPHER WREN, et al.,

    Defendants.

_____/

Case No. 1:22-cv-748

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing his complaint on August 16, 2022. In September 2024, Plaintiff was granted leave to amend his complaint. Defendants have filed a motion for sanctions seeking dismissal of the lawsuit. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 21, 2025, recommending that this Court grant the motion and dismiss the amended complaint with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 143) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Sanctions (ECF No. 131) is GRANTED.

**IT IS FURTHER ORDERED** that the amended complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  September 11, 2025                                              /s/  Paul L. Maloney
                                                               Paul L. Maloney
                                                                United States District Judge