UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANE MYERS,

    Plaintiff,

v.

CHRISTOPHER WREN, et al.,

    Defendants.

_____/

Case No. 1:22-cv-748

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  September 11, 2025

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge